# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIFFANI M. SHAFFER, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No: 19-1481 |
| | ) | |
| v. | ) | US Senior District Judge David Stewart Cercone |
| | ) | |
| CRANBERRY TOWNSHIP, | ) | **ELECTRONICALLY FILED** |
| | ) | |
| Defendant. | ) | **JURY TRIAL DEMANDED** |

## STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Undersigned counsel conferred with regard to responding to Plaintiff's Complaint. It is stipulated that Defendant, Cranberry Township, will respond to Plaintiff's Complaint on or before January 17, 2020.

Respectfully submitted,

**MARSHALL DENNEHEY**
**HEALEY BLOCK, LLC**            **WARNER COLEMAN & GOGGIN**

BY:   s/ *Megan M. Block*             BY:   *s/Teresa O. Sirianni*
Megan M. Block, Esquire                Teresa O. Sirianni, Esquire
PA ID #319263                          PA ID #90472
**Counsel for Plaintiff**              **Attorney for Defendant, Cranberry Township**
247 Fort Pitt Boulevard, 4th Floor
Pittsburgh, PA 15222                   Union Trust Building, Suite 700
412-391-7711                           501 Grant Street
412-281-9509/fax                       Pittsburgh, PA 15219
megan@unionlawyers.net                 412-803-1185
                                       412-803-1188/fax
                                       TOSirianni@mdwcg.com