**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TIFFANI M. SHAFFER, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No: 19-1481 |
| | ) | |
| v. | ) | US Senior District Judge David Stewart Cercone |
| | ) | |
| CRANBERRY TOWNSHIP, | ) | |
| | ) | **ELECTRONICALLY FILED** |
| Defendant. | ) | |
| | ) | **JURY TRIAL DEMANDED** |

**MOTION TO WITHDRAW APPEARANCE PURSUANT TO LR 83.2.C.4**

Undersigned counsel respectfully requests this Honorable Court to withdraw the appearance of Allison N. Genard for the following reasons:

1.   Allison N. Genard will no longer be employed by the law firm of Marshall Dennehey Warner Coleman & Goggin effective January 31, 2020.

2.   Defendant, Cranberry Township, will continue to be represented by Teresa O. Sirianni, Esquire and the law firm of Marshall Dennehey Warner Coleman & Goggin.

WHEREFORE, undersigned counsel respectfully requests this Court withdraw the appearance of Allison N. Genard for the above reasons.

Respectfully submitted,

**MARSHALL DENNEHEY**
**WARNER COLEMAN & GOGGIN**

BY:     _s/ Teresa O. Sirianni_
TERESA O. SIRIANNI, ESQUIRE
PA ID #90472
**Attorney for Defendant, Cranberry Township**
Union Trust Building, Suite 700
501 Grant Street
Pittsburgh, PA  15219
(412) 803-1140
(412) 803-1188/fax
TOSirianni@mdwcg.com

2