IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TIFFANI M. SHAFFER,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 2:19cv1481 |
| | ) | **Electronic Filing** |
| **CRANBERRY TOWNSHIP,** | ) | |
| | ) | |
| Defendant. | ) | |

### CASE MANAGEMENT CONFERENCE
### Before Judge David Stewart Cercone

Appear for Plaintiffs:  Megan M. Block, Esq. (By Telephone)
Appear for Defendants: Teresa O. Sirianni, Esq.  (By Telephone)
Hearing date:  March 4, 2020
Hearing begun:  9:00 a.m.
Hearing concluded:  9:05 a.m.
Stenographer:
Clerk/Deputy Clerk:   jmc

REMARKS:   Teresa O. Sirianni, Esq. appointed liaison counsel for ADR purposes. The parties have selected ENE as the ADR Process and have selected Carole Katz, Esq. as the Neutral.  The ENE must be completed on or about May 4, 2020.  Discovery to close on August 3, 2020. Case Management Order and FRE 502(d) Implementation Order to follow.