IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIFFANI M. SHAFFER, | Civil Action |
| Plaintiff, | No. 19-1481 |
| v. | Judge Cercone |
| CRANBERRY TOWNSHIP, | |
| Defendant. | JURY TRIAL DEMANDED |

**JOINT STATUS REPORT REGARDING ADR**

The parties, by undersigned counsel, submit this Joint Status Report regarding their completion of the ADR process, and in support state as follows:

1. On March 5, 2020, on request of the parties, this Court issued an order referring the case to Carole Katz for Early Neutral Evaluation (ENE).

2. Subsequently, the COVID-19 pandemic caused the closure of businesses and a stay-at-home order, which resulted in a disruption to counsel's and the parties' schedules.

3. Prior Plaintiffs' current counsel's appearance in this case, the parties attempted to schedule an ENE with Ms. Katz, but were not able to reach a mutually agreeable date in the near future.

4. Given that the parties were already past the Court's deadline for ENE, they opted to schedule an ENE with Sally Cimini. Counsel inadvertently neglected to inform the Court of this change in neutral.

5. The ENE with Ms. Cimini took place on July 28, 2020. The case did not resolve.

|  |  |
|---|---|
|  | Respectfully submitted, |
| **MARSHALL DENNEHEY** <br> **WARNER COLEMAN & GOGGIN** | **ELZER LAW FIRM, LLC** |
| /s/ Teresa O. Sirianni <br> Teresa O. Sirianni <br> PA ID #90472 <br> Union Trust Building, Suite 700 <br> 501 Grant Street <br> Pittsburgh, PA 15219 <br> (412) 803-1140 <br> (412) 803-1188/fax <br> TOSirianni@mdwcg.com | /s/ Christine T. Elzer <br> Christine T. Elzer <br> Pa. ID No. 208157 <br> 100 First Avenue <br> Suite 1010 <br> Pittsburgh, PA 15222 <br> (412) 230-8436 <br> (412) 206-0855 (fax) <br> celzer@elzerlaw.com |
| Attorney for Defendant | Attorney for Plaintiff |