IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIFFANI M. SHAFFER, | ) |
| | ) |
| | )   2:19-CV-01481-CCW |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CRANBERRY TOWNSHIP, | ) |
| | ) |
| Defendant. | ) |

**MINUTE ENTRY**
**TELEPHONIC POST-FACT DISCOVERY STATUS CONFERENCE**
Before Judge Christy Criswell Wiegand

Appearing for Plaintiff:                      Appearing for Defendant:

Christine Elzer, Esq.                         Teresa Sirianni, Esq.


Conference Began:    1:00 p.m. E.S.T.         Adjourned to:    N/A
                                              Stenographer:    N/A
Conference Ended:    1:07 p.m. E.S.T.
                                              Clerk:           Carolyn Boucek


The Court held a Telephonic Post-Fact Discovery Status Conference.


An appropriate order will follow.


cc (via ECF email notification):

All Counsel of Record