IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIFFANI M. SHAFFER, | )<br>) |
| Plaintiff, | ) 2:19-CV-01481-CCW<br>)<br>) |
| vs. | )<br>) |
| CRANBERRY TOWNSHIP, | )<br>)<br>) |
| Defendant. | ) |

**CASE MANAGEMENT ORDER**

AND NOW, this 4th day of January, 2021, consistent with the discussions at today's Telephonic Post-Fact Discovery Status Conference, the Court HEREBY ORDERS as follows:

1. Motions for summary judgment shall be due on or before **January 25, 2021**.

2. Responses to summary judgment motions shall be due on or before **February 16, 2021**.

3. Replies in support of motions for summary judgment shall be due on **February 23, 2021**.

DATED this 4th day of January, 2021.

BY THE COURT:

/s/ Christy Criswell Weigand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):
All Counsel of Record