IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIFFANI M. SHAFFER, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No: 19-1481 |
| | ) | |
| v. | ) | District Judge Christy Criswell Wiegand |
| | ) | |
| CRANBERRY TOWNSHIP, | ) | **ELECTRONICALLY FILED** |
| | ) | |
| Defendant. | ) | **JURY TRIAL DEMANDED** |
| | ) | |

## PROPOSED ORDER OF COURT

AND NOW, the _____ day of _____, 2021, upon consideration of Defendant's Motion for Summary Judgment, and all responses thereto, it is hereby ORDERED that said Motion is GRANTED. It is further ORDERED that judgment is hereby entered in favor of the Defendant on all counts and claims.

BY THE COURT:

_____
District Judge Christy Criswell Wiegand

LEGAL/135415155.v1