

724 | 776 | 4806
724 | 776 | 5488
CranberryTownship.org

June 22, 2018

<u>Via First-Class U.S Mail</u>

Tiffani Shaffer
142 Pfeifer Road
Harmony, PA 16037

**RE:** Request to Return to Work with Modified Duty

Dear Ms. Shaffer:

This letter serves as notice to you of the modified duty work that the Township will provide to you based on your physical restrictions received from Dr. Udrea dated June 14, 2018. You will be paid your current rate of $32.982 under the Collective Bargaining Agreement for hours worked. You will be assigned work that is or becomes available that fits within your restrictions as indicated by your physician upon review of your essential functions of a Police Officer. For example, you have been cleared to perform finger printing detail as it is scheduled. In addition, you are cleared to perform clerical duties as needed. You will be assigned available work that fits within your restrictions, which may require you to be flexible in scheduling work time.

Based on information currently provided by your physician, you are not able to use sick time for hours you are not scheduled to work. However, if you need to miss your scheduled work hours due to illness, you can use your sick time as you normally would. Also, if your status changes, please let us know, and we will re-evaluate your restrictions and available work. Regardless, you are expected to work your full-modified duty hours as scheduled.

If you have any questions, please do not hesitate to call.

Sincerely,

*Stacy L. Goettler*
Stacy L. Goettler
Manager, Human Resources

C: Bert Bertoncello, Assistant Township Manager, Administration (email only)
Keven Meyer, Chief of Police (email only)