

**Cranberry Township
Police Department**

Memorandum

| | |
|---|---|
| **To:** | Police Supervisors/OIC's |
| **From:** | Lt. Kevin Meyer |
| **Date:** | February 21, 2014 |
| **Subject:** | Light Duty - Ofc. Evanson |

---

Ofc. Evanson will continue on light/restricted duty until the end of March, working 8am to 3pm 3 days per week (MWF). She will perform the following duties during this time:

1. Handle and document telephone calls on station that would otherwise require a duty officer's response.

2. Handle and document walk-in complaints that would otherwise require a duty officer's response. These can be handled through the reception window.

3. Correct and merge addresses in the RMS.


Ofc. Evanson is not to provide any fingerprinting services while on light duty.



**Cranberry Township
Police Department**

Memorandum

| | |
|---|---|
| **To:** | Police Supervisors/OIC's |
| **From:** | Chief Meyer |
| **Date:** | February 18, 2015 |
| **Subject:** | Light Duty- Ofc. Kobistek |

---

Ofc. Kobistek is back to work on light/restricted duty capacity and will be working 4 hour shifts, M-F until at least 02/27/15. He will perform the following duties during this time:

1. Handle and document telephone calls on station that would otherwise require a duty officer's response.
2. Handle and document walk-in complaints that would otherwise require a duty officer's response. These can be handled through the reception window.
3. Correct and merge addresses in the RMS.
4. MIST- 2014 and 2015

Ofc. Kobistek is not to provide fingerprinting services while on light duty.