**CONFIDENTIAL**

2015 Work Schedule (2)

| day of the week | S | M | T | W | TH | F | S | S | M | T | W | TH | F | S | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015 | FEBRUARY | | | | | | | | | | | | | | | | | | | | | | P = Personal |
| Date | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | | | | | | | | | V = Vacation |
| Evanson F | C | | | C | C | | | | A | A | A | A | A | A | | | | | | | | | H = Holiday |
| Pszenny | C | | | C | C | | | | A | A | A | A | A | A | | | | | | | | | C = Comp |
| Capezio | C | | | C | C | | | | A7-5A | A7-5A | A | A | A | A | | | | | | | | | S = Sick |
| Horan | B | | | B5-7B | | | | | A | A | A | A | A | A | | | | | | | | | |
| Maloney | C | | | C | C | | | | A | A | A | A | A | A | | | | | | | | | |

| Date | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | S MARCH 1 | M 2 | T 3 | W 4 | TH 5 | F 6 | S 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| O'Neill | A9-7 | A11-7 A | A A7-7 | A9-7 A | | | | C | C | C | C | C | C | C9-7C | C | C | C | C | C | C | C |
| Shields | A | | A | A | | | | 10-7a | | | | | | | | | | | | | |
| Kobistek | A | | A | A | | A7-4 | | A | | | | B | B | B | B | B | B | B | B | B | B |
| Wilson | A | | A7-5 | A | A | R | | A | | | | | | C | C | C | C | C | C | C | C |
| Hewitt | A | | A | A7-4 A7-3 | | A | | A | | | | | | C | C-8-7 | C | C | C-8-7 | C | C | C-8-7 |

| Date | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Marshall | A | A7-7 | | | | A7-4 | A | | | A | A | A | | A | A | A | 7-8 | A7-4A | A |
| Zevola | A7:18 | A7-5 | | | A7-4 | A | A | | | A | A7:18 A | A | | A | A7-6 A | A | A7-4A | A7-4A | A | |
| Berg | A | A7-4 | | | A | R | A | | | A | A | A | | A | A7-5A | A7-4A | A | | | |
| Hill | A | R7-5 | | | A | R | A | | | A | A | A | | A | A | A | A | A8-7 | A | | |
| Weleski | A | A | | | A | A | A | | | A | A | A | | A | A | A | A | A | A | | |

| Date | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Och | C | C1-7 | C7-1 | | C | C | | C1-7 | | | C | C | | | C | C | C | C | C | C | C1-7 |
| Brucker | C | C7-1 | C | | C | C | | C | | | C | C | | | C | C | C | C | C | C | C |
| Korol | C | C | C | | C | C | | C | | | C | C | | | C | C7-3 C | C | C | C7-30 C | C |
| Kramer | B | B | B | | B | B | | B | | | B | B | | | B | B | B | B | B | B | B |
| Shimko | C | C | C | | C | C | | C | 7-1a | | C | C | | | C | C7-9 | C | C | C | C |

| Date | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ahlgren | | E | E | E | E | E | E | E | E | E | | E | E | E | E | | | E | E | | |
| Roberts | D | | | D | D-7-3 | | | | | | | | | | | | | E | E | | |
| Dolan | E | | | E | E | | | | D | D | D | D | D | D | D | | | D | D | D7-7 | |

| Date | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mascellino | F | F | F | F | F | F | F | F | F | F | F | F | F | F | F | F | F | F | F | F | F |
| Ahlgren | | | | | | | | G | G | G | G | G | G | G | | G | G | G | G | G | G |
| Irvin | | | | | | | | H | H | H | H | H | H | H | | H | H | H | H | H | H |
| Irvin | F | F | F | F | F | F | | | | | | | | | | | | | | | |

| | S | M | T | W | TH | F | S |
|---|---|---|---|---|---|---|---|
| | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| | A | A | A7-7 | A | A | A | A |
| | A | A1-7 | A | A | A | A | A |
| | A | A | A7-5 | A | A | A7-4A | A |
| | A | A | A | A | A | A | A |
| | A | A | A | A | A | A | A |

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| | C | C | C | C | C | C | C |
| | C | C | C | C | C | C | C |
| | B | B | B | B | B | B | B |
| | C | C | C | C | C | C | C |
| | C-8-7 | C | C | C | C | C | C-7-6 C-7 |

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| | A | | | A | A7-3 | | |
| | A | | | A | A8-7 | | |
| | A | | | A7-5 A | | | |
| | A | | | A | A | | |
| | A | | | A | A | | |

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| | C | | | C | C | C1-7 | |
| | C | | | C | C | C | |
| | C | | | C7-30 C | | | |
| | B | | | B | B | | |
| | C | | | C | C9-7 | | |

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| | E | E | E | | | E | E |

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| | D | D | D | | | D | D |

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| | F | F | F | F | F | F | |
| | G | G | G | G | G | G | G |
| | H | H | H | H | H | H | |

PATROL TRAFFIC
A = 0700-1900  D = 0600-1800
B = 1600-0400  E = 1500-0300
C = 1900-0700

SERGEANT/DETECTIVE
F = 0800-1600  G = 0600-1600
H = 1400-0000

CT1203

Schedule 2015, sergeant 12 hrs shifts, draft .xls

CONFIDENTIAL

2015 Work Schedule (3)

| day of the week | S | M | T | W | TH | F | S | S | M | T | W | TH | F | S | S | M | T | W | TH | F | S | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Date | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 (APRIL) | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| Evanson F | A | | A | A | A7-2 | | | | C | C4-7 | | C | C P | C | C | | | C | C | | | | C | C | | C | C | C5-1 |
| Pszenny | A | | A | A | A | | | | C | C | | C | C P | C | C | | | C | C | | | | C | C | | C | C | C |
| Capezio | A | | A | A | A | | | | C8-7 | C8-7 | | C | C | C | C | | | C | C | | | | C | C | | C | CA-1A | CA-1C |
| Horan | A | | A | A | A | | | B5-4 | B | | B5-4B | B5-4 B | B | B | | | B5-4B | | | | B | B | B | | B | BA | B |
| Maloney | A | | A | A7-A | | | | C | C | | C | C | C | C | | | C | C | | | | C | C | C | | C | C | C |
| Date | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| O'Neill | C | | C | C | C | | | A7-3A | A7-3A 7-3D | | | A7-3A 7-2 A9-7A | | | A7-1 | A | | A7-3 | A7-3 | A7-3 |
| Shields | C | 1A-1A | C8 | C | | | | A | A | A | | | A9-7 A | | A | A | A | A | A | | | | A | A | | A9/A | A9-A | A |
| Kobistek | B | | B | B | | | | A | A | A | | | A | A | A | A | A | A | A | | | | A | A | | A | A | A |
| Wilson | C | | C | C | C | | | A | A | A | | | A | A | A | A | A | A7-1A | A | | | | A 1-5A | A | | A | A | A A7-3 |
| Hewitt | C8-7 | | B | B | C8-7 | | | A7-4 A | A7-4 A | A | | | A7-4 A | A | A | | | | | | | | | | | | | |
| Date | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| Marshall | C9-7 | C | | | | | | C7-2 | | C7-3 | C7-5 | | | | C | C | C | C | C | C9-7 | C7.5 | | | | | | C A | C A |
| Zevola | C | C | C | C10-7 | | | C | C | C | | | | C | C | C | C | C | C7-3 | | C | | | C | | C | C |
| Berg | C | C | C | C | | | C | C | C | | | | C | C | C | C | C | C | | C | | | C | C7-6 A | |
| Hill | C | C | C | C | | | C | C | C | | | | C | C | C | C | C | C | | C | | | | | | |
| Weleski | B | B | B | B | | | B | B | B | | | | B | B | B | B | B | B | | B | | | | B | B |
| Date | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| Och | A | A | A | A | A7-4 A | A | A | | A | A | A | A | A | A | A | A | A | | | | A | A7-5 |
| Brucker | A | A | A | A | A A9-7 | A9-7 A8-7 | | A | A | A | A | A | A | A | A | A A8-7 | A9-7 | | A | A |
| Korol | A | A | A | A | A A7-6 | | | A | A | A | A | A | A | A | A | A | | | | A | A |
| Kramer | A | A | A | A A D | | | A D | A | A | A | A | A | A | A | A | A | | | | A D | A | | A | A |
| Shimko | A | A | A | A | A | | | A | A | A | A | A | A | A | A | A | A | | | | A | A |
| Date | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| Roberts | E | | E | E | E | | | D6-3 D | D | | | | D | D6-3 D | D | D | D | D | EP | | | | D | D | D | D |
| Dolan | D6-3 | | D | D | | | | E | E | | | | E | E | E | | | E | E | | | | | EP | A | E |
| Date | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| Mascellino | F | F | F | F | F | F7-7 | | F | F | F | F | F | F | F | | | F | F | | | | F | F | F | F | F | F |
| Ahlgren | G | G | G | H | H | H | | G | G | G | G | G | G | G | | H | H | H | G | G | G | | G | G | H | H | H | H |
| Irvin | G | G | G | G | G | | | G | G | G | G | G | G | G | | | | G | | | | | G | G | H | H | H | H |

P = Personal
V = Vacation
H = Holiday
S = Sick

PATROL: A = 0700-1900, B = 1600-0400, C = 1900-0700
TRAFFIC: D = 0600-1800, E = 1500-0300
SERGEANT/DETECTIVE: F = 0800-1600, G = 0600-1600, H = 1400-0000

Schedule 2015, sergeant 12 hrs shifts, draft.xls

CT1204