**Stacy Goettler**

**From:** Kevin Meyer
**Sent:** Friday, June 22, 2018 10:19 AM
**To:** Stacy Goettler
**Subject:** Fwd: Ofc. Shaffer

Get Outlook for Android

---

**From:** Kevin Meyer
**Sent:** Friday, June 22, 2018 9:13:49 AM
**To:** Chuck Mascellino
**Subject:** Ofc. Shaffer

In addition to moving Ofc. Schaffer into a steady 8-4 shift M-F, please enter these into her schedule in Telestaff:

| | | | |
|---|---|---|---|
| Monday | 2-Jul | 4p-10p | Lori Vacation |
| Tuesday | 3-Jul | 4p-10p | Lori Vacation |
| Thurs | 5-Jul | 4p-10p | Lori Vacation |
| Friday | 6-Jul | 4p-10p | Lori Vacation |
| Monday | 9-Jul | 4p-10p | Lori Vacation |
| Monday | 16-Jul | 4p-10p | Barb Vacation |
| Tuesday | 17-Jul | 4p-10p | Barb Vacation |
| Wednesday | 18-Jul | 4p-10p | Barb Vacation |
| Thurs | 19-Jul | 4p-10p | Barb Vacation |
| Friday | 20-Jul | 4p-10p | Barb Vacation |
| Tuesday | 14-Aug | 4p-10p | Lori Vacation |
| Wednesday | 15-Aug | 4p-10p | Lori Vacation |
| Thursday | 16-Aug | 4p-10p | Lori Vacation |
| Friday | 17-Aug | 4p-10p | Lori Vacation |
| Monday | 20-Aug | 4p-10p | Lori Vacation |
| Monday | 27-Aug | 4p-10p | Barb Vacation |
| Tuesday | 28-Aug | 4p-10p | Barb Vacation |
| Wednesday | 29-Aug | 4p-10p | Barb Vacation |
| Thurs | 30-Aug | 4p-10p | Barb Vacation |
| Friday | 31-Aug | 4p-10p | Barb Vacation |
| Friday | 14-Sep | 4p-10p | Lori Vacation |
| Monday | 17-Sep | 4p-10p | Lori Vacation |

CT0569

**Tammy Corb**

| | |
|---|---|
| **From:** | Kevin Meyer |
| **Sent:** | Monday, October 29, 2018 8:47 AM |
| **To:** | Tiffani Shaffer |
| **Cc:** | Chuck Mascellino |
| **Subject:** | Work Opportunities |

Tiffani,

How is it going? Hope all is well with the pregnancy.

Barb will be taking vacation November 16, December 3 and December 4.  Would you be able to work 2-10 these days? Let me know and we'll get you on the schedule.

Take care,

Chief



**Kevin Meyer**
Chief of Police
Police
724-776-5180 x1416   *(Fax)* 724-776-0237
CranberryTownship.org

CT0573

**Tammy Corb**

| | |
|---|---|
| **From:** | Kevin Meyer |
| **Sent:** | Tuesday, October 23, 2018 2:24 PM |
| **To:** | Rose Hawk |
| **Cc:** | Chuck Mascellino |
| **Subject:** | RE: TIFFANY |

Sure. Get with Sgt. Mascellino to have her scheduled.

**From:** Rose Hawk
**Sent:** Tuesday, October 23, 2018 2:22 PM
**To:** Kevin Meyer <Kevin.Meyer@cranberrytownship.org>; Chuck Mascellino <Chuck.Mascellino@cranberrytownship.org>
**Subject:** TIFFANY

Lori needs to take November 20th off. Can I get Tiffany scheduled to work that day?



**Rose Hawk**
Manager, Police Administration
Police
724-776-5180 x1498    *(Fax)* 724-776-0237
CranberryTownship.org

1

CT0574

**Tammy Corb**

| | |
|---|---|
| **From:** | Chuck Mascellino |
| **Sent:** | Thursday, September 27, 2018 9:20 AM |
| **To:** | Tiffani Shaffer |
| **Cc:** | Rose Hawk; Kevin Meyer |
| **Subject:** | clerk's vacations |

Tiffani,
Barb and Lori have vacation days scheduled.  You will be needed to work 2pm – 10pm on the following days:

      October 11
      October 12
      October 15
      October 31
      November 1
      November 2

See me with any questions.
Chuck



***Chuck Mascellino***
Sergeant - Support Services
Police
*724-776-5180* x1417   *(Fax)* 724-776-0237
CranberryTownship.org

1

CT0576

**Tammy Corb**

| | |
|---|---|
| **From:** | Rose Hawk |
| **Sent:** | Friday, September 21, 2018 3:06 PM |
| **To:** | Chuck Mascellino |
| **Cc:** | Kevin Meyer |
| **Subject:** | RE: CLERK VACATION DAYS |

Barb is taking October 31st, November 1st and 2nd.
rose

> **From:** Rose Hawk
> **Sent:** Friday, September 21, 2018 2:52 PM
> **To:** Chuck Mascellino <chuck.mascellino@cranberrytownship.org>
> **Cc:** Kevin Meyer <kevin.meyer@cranberrytownship.org>
> **Subject:** CLERK VACATION DAYS
>
> Lori is scheduled for vacation on October 11, 12 and 15.
>
> Barb is going to schedule some days off but hasn't yet. As soon as I get them I will let you know. I told her I need 2 weeks' notice so that Tiffany can be scheduled.



> *Rose Hawk*
> Manager, Police Administration
> Police
> 724-776-5180
> x1498   (*Fax*) 724-776-0237
> CranberryTownship.org

CT0577

**Tammy Corb**

| | |
|---|---|
| **From:** | Tiffani Shaffer |
| **Sent:** | Tuesday, September 18, 2018 12:55 PM |
| **To:** | Kevin Meyer |
| **Subject:** | Re: Reality Tour |

Sounds great. Thank you. Everything else is going good thank you for asking.

Get Outlook for iOS

**From:** Kevin Meyer
**Sent:** Tuesday, September 18, 2018 10:50:42 AM
**To:** Tiffani Shaffer
**Subject:** Re: Reality Tour

Yes, these were previously approved so you can continue to attend these events. Everything else going well?

**From:** Tiffani Shaffer
**Sent:** Monday, September 17, 2018 8:48:28 PM
**To:** Kevin Meyer
**Subject:** Reality Tour

Chief,

I just wanted to touch base about the Reality Tour Program.  The last we spoke I can't remember if I had given you the dates.  This month is September 27 and every one thereafter is the 3rd Thursday of each month.  I had mentioned to Sgt. Mascellino about this upcoming tour, and he wanted me to reach out to make sure everything was still okay with me going and participating.  I had met with Karen last month and did a recording, which she plans on using for the months I will be on leave.  Thank you.



***Tiffani Shaffer***
Patrolman
Police
724-776-5180 x1447    *(Fax)* 724-776-0237
CranberryTownship.org

CT0578

**Tammy Corb**

| | |
|---|---|
| **From:** | Kevin Meyer |
| **Sent:** | Wednesday, September 5, 2018 3:39 PM |
| **To:** | Tiffani Shaffer |
| **Subject:** | RE: Question |

Ok. I will continue to look for work opportunities that adhere to your restrictions.
Thanks,
Chief

**From:** Tiffani Shaffer
**Sent:** Wednesday, September 5, 2018 11:36 AM
**To:** Kevin Meyer <Kevin.Meyer@cranberrytownship.org>
**Subject:** Re: Question

Chief,

The only training I've had would have been what I did in high school and college but no official certifications specifically for that.

Get Outlook for iOS

**From:** Kevin Meyer
**Sent:** Wednesday, September 5, 2018 11:10:51 AM
**To:** Tiffani Shaffer
**Subject:** Question

Tiffani,
I am still attempting to find work for you at the PD and wanted to find out if you have any formal training with Work or Excel.
Let me know.
Chief



***Kevin Meyer***
Chief of Police
Police
724-776-5180 x1416   *(Fax)* 724-776-0237
CranberryTownship.org

1

**Tammy Corb**

---

| | |
|---|---|
| **From:** | Kevin Meyer |
| **Sent:** | Thursday, August 9, 2018 10:46 AM |
| **To:** | Tiffani Shaffer |
| **Subject:** | RE: 08/09 |

That won't be necessary. It's not imperative we complete this work immediately and the traces may not take that long to complete. Enjoy your weekend. Report back Monday from 8a-noon.
Thanks,
Chief

**From:** Tiffani Shaffer
**Sent:** Thursday, August 9, 2018 10:34 AM
**To:** Kevin Meyer <Kevin.Meyer@cranberrytownship.org>
**Subject:** RE: 08/09

Ok. I will be out of town tomorrow until 08/11/2018. I can take comp time for those hours.



**Tiffani Shaffer**
Patrolman
Police
724-776-5180 x1447   (Fax) 724-776-0237
CranberryTownship.org

**From:** Kevin Meyer
**Sent:** Thursday, August 9, 2018 10:33 AM
**To:** Tiffani Shaffer <Tiffani.Shaffer@cranberrytownship.org>
**Subject:** RE: 08/09

I received a message that it may take some time for you to get access to the site. Hopefully it will be accessible tomorrow. Plan on working until noon today and I'll see you at 8am tomorrow.
Thanks,
Chief

**From:** Tiffani Shaffer
**Sent:** Thursday, August 9, 2018 10:28 AM
**To:** Kevin Meyer <Kevin.Meyer@cranberrytownship.org>
**Subject:** 08/09

Chief,

I was just checking to see what time I am scheduled until today. I was able to set up my account with the ATF with Sgt. Mascellino and currently waiting the response from them that my account has been activated.

1

CT0585



**Tiffani Shaffer**
Patrolman
Police
724-776-5180 x1447    *(Fax)* 724-776-0237
CranberryTownship.org

**From:** Kevin Meyer
**Sent:** Wednesday, August 8, 2018 12:53 PM
**To:** Tiffani Shaffer <Tiffani.Shaffer@cranberrytownship.org>
**Subject:** RE: 08/08

Ok. Why don't you wrap up at 1p then and see you in the morning. Hopefully the ATF site is back up and running.

**From:** Tiffani Shaffer
**Sent:** Wednesday, August 8, 2018 12:41 PM
**To:** Kevin Meyer <Kevin.Meyer@cranberrytownship.org>
**Subject:** RE: 08/08

That is all completed for now.



**Tiffani Shaffer**
Patrolman
Police
724-776-5180 x1447    *(Fax)* 724-776-0237
CranberryTownship.org

**From:** Kevin Meyer
**Sent:** Wednesday, August 8, 2018 12:32 PM
**To:** Tiffani Shaffer <Tiffani.Shaffer@cranberrytownship.org>
**Subject:** RE: 08/08

Anything you can do with warrants or is that complete?

**From:** Tiffani Shaffer
**Sent:** Wednesday, August 8, 2018 12:30 PM

2

**To:** Kevin Meyer <Kevin.Meyer@cranberrytownship.org>
**Subject:** RE: 08/08

Chief,

I was just checking to see what time I should stay until today.  I am currently helping Lori with office related duties as the ATF website has been having issues.

Thank you,



**Tiffani Shaffer**
Patrolman
Police
724-776-5180 x1447    *(Fax)* 724-776-0237
CranberryTownship.org

**From:** Kevin Meyer
**Sent:** Tuesday, August 7, 2018 3:40 PM
**To:** Tiffani Shaffer <Tiffani.Shaffer@cranberrytownship.org>
**Subject:** RE: 08/08

I doubt you will be able to complete everything we have for you on Wednesday so plan on coming in Thursday morning (8a) as well. We can evaluate where you are and determine if there is additional work to be done.
Thanks,
Chief

**From:** Tiffani Shaffer
**Sent:** Tuesday, August 7, 2018 3:32 PM
**To:** Kevin Meyer <Kevin.Meyer@cranberrytownship.org>
**Subject:** RE: 08/08

Ok.  Do you happen to know if I will be coming in Thursday or Friday as well?



**Tiffani Shaffer**
Patrolman
Police
724-776-5180 x1447    *(Fax)* 724-776-0237
CranberryTownship.org

**From:** Kevin Meyer
**Sent:** Tuesday, August 7, 2018 3:27 PM

3

**To:** Tiffani Shaffer <Tiffani.Shaffer@cranberrytownship.org>
**Subject:** RE: 08/08

Please report back to the office when you are done in Butler. I will hopefully have your access to ATF Etrace completed by then.


**From:** Tiffani Shaffer
**Sent:** Tuesday, August 7, 2018 1:40 PM
**To:** Kevin Meyer <Kevin.Meyer@cranberrytownship.org>
**Subject:** 08/08

Chief,

I was just checking to see if I am just going to court tomorrow or if I am also scheduled in the office.

Thank you,




**Tiffani Shaffer**
Patrolman
Police
724-776-5180 x1447    *(Fax)* 724-776-0237
CranberryTownship.org

CT0588

**Tammy Corb**

| | |
|---|---|
| **From:** | Kevin Meyer |
| **Sent:** | Friday, August 3, 2018 8:38 AM |
| **To:** | Tiffani Shaffer |
| **Subject:** | RE: Friday 8/3 |

You are welcome.
Also, I was unaware there were no court hearings today. I found out yesterday afternoon but didn't want to cancel your attendance since you were already planning on being here. Sorry.
Chief

**From:** Tiffani Shaffer
**Sent:** Friday, August 3, 2018 7:21 AM
**To:** Kevin Meyer <Kevin.Meyer@cranberrytownship.org>
**Subject:** RE: Friday 8/3

Ok. Thank you.

**From:** Kevin Meyer
**Sent:** Thursday, August 2, 2018 5:03 PM
**To:** Tiffani Shaffer <Tiffani.Shaffer@cranberrytownship.org>
**Subject:** Re: Friday 8/3

Tiffani,
Please report on Monday 8/6 at 8a and see Sgt. Mascellino. He has firearm traces and Accurint reports for you to run on weapons held in evidence.
Thanks,
Chief

Get Outlook for Android

---

**From:** Tiffani Shaffer
**Sent:** Thursday, August 2, 2018 1:09:55 PM
**To:** Kevin Meyer
**Subject:** Re: Friday 8/3

Ok. Thank you.

Get Outlook for iOS

---

**From:** Kevin Meyer
**Sent:** Wednesday, August 1, 2018 12:19:05 PM
**To:** Tiffani Shaffer
**Subject:** Re: Friday 8/3

No need to take comp time. Plan on starting at 7a and work untill you need to leave for your appointment. You can handle the front desk  until Lori arrives at 8a.

CT0594

Get Outlook for Android

---

**From:** Tiffani Shaffer
**Sent:** Wednesday, August 1, 2018 10:35:25 AM
**To:** Kevin Meyer
**Cc:** Rose Hawk
**Subject:** Re: Friday 8/3

Ok. I will have to take 2 hours of comp time as I have an appointment at 11

Get Outlook for iOS

---

**From:** Kevin Meyer
**Sent:** Wednesday, August 1, 2018 10:06:37 AM
**To:** Tiffani Shaffer
**Cc:** Rose Hawk
**Subject:** Friday 8/3

Tiffani,
Please plan on working the reception desk this Friday from 8a-noon. You can take calls and assist Lori on criminal court day.
Chief



***Kevin Meyer***
Chief of Police
Police
724-776-5180 x1416    *(Fax)* 724-776-0237
CranberryTownship.org

CT0595

**Tammy Corb**

| | |
|---|---|
| **From:** | Tiffani Shaffer |
| **Sent:** | Wednesday, July 25, 2018 3:45 PM |
| **To:** | Kevin Meyer |
| **Subject:** | RE: tomorrow |

Ok. Thank you.



**Tiffani Shaffer**
Patrolman
Police
724-776-5180 x1447    *(Fax)* 724-776-0237
CranberryTownship.org

**From:** Kevin Meyer
**Sent:** Wednesday, July 25, 2018 2:33 PM
**To:** Tiffani Shaffer <Tiffani.Shaffer@cranberrytownship.org>
**Subject:** tomorrow

Tiffani,
Please plan on working 8a-noon tomorrow, Thursday 7/26. You will continue working on updating the warrants in the warrant drawer.
Chief



**Kevin Meyer**
Chief of Police
Police
724-776-5180 x1416    *(Fax)* 724-776-0237
CranberryTownship.org

CT0600

**Tammy Corb**

| | |
|---|---|
| **From:** | Kevin Meyer |
| **Sent:** | Tuesday, July 24, 2018 4:06 PM |
| **To:** | Tiffani Shaffer |
| **Subject:** | FW: PICS INVESTIGATION OC |
| **Attachments:** | SHERMAN 18-I-0023769.pdf |

Another PICS investigation.

**From:** Matthew Irvin
**Sent:** Tuesday, July 24, 2018 3:15 PM
**To:** Kevin Meyer <Kevin.Meyer@cranberrytownship.org>
**Subject:** FW: PICS INVESTIGATION OC

**From:** Panepinto, Joseph W <jpanepinto@pa.gov>
**Sent:** Tuesday, July 24, 2018 2:33 PM
**To:** Matthew Irvin <Matthew.Irvin@cranberrytownship.org>
**Subject:** FW: PICS INVESTIGATION OC

Matt,

This one occurred at Dicks Sporting Goods.  Can you take this one also?  Thanks, Joe

Effective 9/12/2016, the PSP, Firearms Division will begin forwarding all firearm investigations, via email, directly to the Troop or police department of jurisdiction where the violation occurred.  We will attempt to provide electronic copies of any relevant correspondence related to the prohibiting information. Certified copies of the mental health records can be provided upon request. Any other records would need to be obtained by your department to verify the prohibiting information.

All correspondence, using form SP 3-201, shall be directed to the PSP, Firearms Division @ PICSFirearms@pa.gov

The attached investigations are listed below:

1

Sherman, Mark  :  18-I-0023769

Carol Ackerman | Legal Assistant 2
Pennsylvania State Police | Bureau of Records & Identification
Firearms Division | PICS Challenge Unit
Phone: 717-409-3890| Fax: 717-705-5539

CT0602

**Tammy Corb**

| | |
|---|---|
| **From:** | Kevin Meyer |
| **Sent:** | Monday, July 9, 2018 5:54 PM |
| **To:** | Tiffani Shaffer |
| **Subject:** | Fwd: 3713 Graham School |

Tiffani,
Please check this name/address in RMS and let me know if we have anything.
Thanks

Get Outlook for Android

**From:** Lorin Meeder
**Sent:** Monday, July 9, 2018 4:00:33 PM
**To:** Kevin Meyer
**Cc:** Nancy Sikora; Cindy Koss
**Subject:** FW: 3713 Graham School

Kevin
Do you have any History on 3713 Graham School Road a Teddy Zadrozny. The phone call with him over the garbage rate increase did not go well. He has a lot of issues with the township. Kind of worries me.
Lorin

**From:** Cindy Koss
**Sent:** Monday, July 9, 2018 3:31 PM
**To:** Lorin Meeder <Lorin.Meeder@cranberrytownship.org>
**Subject:** 3713 Graham School

Hi Lorin:

Let me know how the conversation went when he talked to you, he was not very nice.

Thank You,



**Cindy Koss**
Billing Administrator
Finance
724-776-4806 x1111   *(Fax)* 724-776-5488
CranberryTownship.org

1

**Tammy Corb**

| | |
|---|---|
| **From:** | Kevin Meyer |
| **Sent:** | Monday, July 9, 2018 11:52 AM |
| **To:** | Tiffani Shaffer |
| **Subject:** | RE: Schedule |

Lori returns from vacation tomorrow so your schedule for the week looks like this:

**Tuesday Fingerprint detail from 4-8p (from sign-up)**
**Wednesday Fingerprint detail from noon-4p**
**Saturday Community Days, 1p-7p**

**From:** Tiffani Shaffer
**Sent:** Monday, July 9, 2018 11:44 AM
**To:** Kevin Meyer <Kevin.Meyer@cranberrytownship.org>
**Subject:** Re: Schedule

Ok. In addition to Saturday what will my schedule be for this week?

Thank you.

Tiffani Shaffer
Patrolman
Police
724-776-5180 x1447 (Fax) 724-776-0237
CranberryTownship.org

Get Outlook for iOS

---

**From:** Kevin Meyer
**Sent:** Monday, July 9, 2018 11:15:27 AM
**To:** Tiffani Shaffer
**Cc:** Chuck Mascellino; William Ahlgren
**Subject:** RE: Schedule

Tiffani,
As discussed, I would like you to staff the police tent this Saturday from 1p-7p. The canopy/tent will be set up at the Public Safety island at the intersection of Ernie Mashuda and Park Drive. Booklets, stickers and stress cars will be there for you to hand out. Please have your police radio with you in the event you need to contact another officer or the Command Center.
I will be there to help get everything set-up. Patrol will be checking on you throughout your shift and relieving you when necessary.
You will need to call officers in to help break-down the canopy around 6:30. I want to make sure it is out of there prior to the fireworks display.

1

CT0605

Call Sgt. Mascellino with any questions.
Chief

**From:** Tiffani Shaffer
**Sent:** Friday, July 6, 2018 2:31 PM
**To:** Kevin Meyer <Kevin.Meyer@cranberrytownship.org>
**Subject:** Schedule

Chief,

I am just checking to see if a schedule has been made for the week of July 9.  Thank you.

Tiffani Shaffer
Patrolman
Police
724-776-5180 x1447 (Fax) 724-776-0237
CranberryTownship.org


Get Outlook for iOS

CT0606

**Tammy Corb**

| | |
|---|---|
| **From:** | Stacy Goettler |
| **Sent:** | Friday, June 22, 2018 2:27 PM |
| **To:** | Bert Bertoncello; Kevin Meyer |
| **Subject:** | Shaffer Letter |
| **Attachments:** | Shaffer Modified Duty Letter.pdf |

Attached is the letter Tiffani will be receiving by U.S. mail. I am including a copy of the essential duties of a police officer her doctor signed off on as well.



*Stacy Goettler, PHR, SHRM-CP*
Manager, Human Resources
Human Resources
724-776-4806 x1141   *(Fax)* 724-776-5488
CranberryTownship.org

CT0607

**Tammy Corb**

| | |
|---|---|
| **From:** | Matthew Irvin |
| **Sent:** | Friday, June 15, 2018 11:11 PM |
| **To:** | Kevin Meyer |
| **Subject:** | Re: PICS cases |

Will do

*Sent from my iPhone*

On Jun 15, 2018, at 4:23 PM, Kevin Meyer <Kevin.Meyer@cranberrytownship.org> wrote:

> Send any/all PICS investigations to me for assignment. Thanks.



**Kevin Meyer**
Chief of Police
Police
724-776-5180 x1416   *(Fax)* 724-776-0237
CranberryTownship.org

1

CT0608

**Tammy Corb**

| | |
|---|---|
| **From:** | Kevin Meyer |
| **Sent:** | Friday, November 2, 2018 10:02 AM |
| **To:** | Tiffani Shaffer |
| **Cc:** | Rose Hawk; Chuck Mascellino |
| **Subject:** | Clerk Vacation Days |

Tiffani,
See the message from Rose below. I wanted to make sure you know you are needed on these days. Let Sgt. Mascellino know if you have any conflicts.
Thanks,
Chief


The following are days that Lori and Barb have requested off. I know that Tiffany has been scheduled for most of them, but there are 1 or 2 that I'm not sure of.

| | |
|---|---|
| Lori | November 9, 12, 20 & 21 |
| | December 7, 10 |
| Barb | November 16 |
| | December 3, 4, |



**Kevin Meyer**
Chief of Police
Police
724-776-5180 x1416   *(Fax)* 724-776-0237
CranberryTownship.org

CT0609

**Tammy Corb**

| | |
|---|---|
| **From:** | Kevin Meyer |
| **Sent:** | Monday, October 29, 2018 8:43 AM |
| **To:** | Rose Hawk |
| **Subject:** | RE: OFFICE VACATION DAYS |

Yes. I will let her know.

**From:** Rose Hawk
**Sent:** Monday, October 29, 2018 7:12 AM
**To:** Kevin Meyer <Kevin.Meyer@cranberrytownship.org>; Chuck Mascellino
<Chuck.Mascellino@cranberrytownship.org>
**Subject:** OFFICE VACATION DAYS

Barb is taking the following as vacation days. Can Tiffany work?

November 16
December 3 & 4



***Rose Hawk***
Manager, Police Administration
Police
724-776-5180 x1498   *(Fax)* 724-776-0237
CranberryTownship.org

1

CT0611

**Tammy Corb**

| | |
|---|---|
| **From:** | Kevin Meyer |
| **Sent:** | Thursday, October 18, 2018 10:52 AM |
| **To:** | Rose Hawk |
| **Subject:** | Re: VACATION DAYS |

Absolutely. Let Sgt. Mascellino know so he can make her aware and get it scheduled.
Thanks,
Chief

Get Outlook for Android

---

**From:** Rose Hawk
**Sent:** Thursday, October 18, 2018 10:40:22 AM
**To:** Kevin Meyer
**Subject:** VACATION DAYS

Chief,

Lori has requested the following vacation days:   November 9 & 12
December 7 & 10

Can Tiffany work?



*Rose Hawk*
Manager, Police Administration
Police
724-776-5180 x1498   *(Fax)* 724-776-0237
CranberryTownship.org

CT0612

## Tammy Corb

| | |
|---|---|
| **From:** | Tiffani Shaffer |
| **Sent:** | Thursday, September 27, 2018 1:51 PM |
| **To:** | Chuck Mascellino |
| **Cc:** | Rose Hawk; Kevin Meyer |
| **Subject:** | Re: clerk's vacations |

Thank you for letting me know.  I will be putting in 4 hours of comp time on Nov 1 due to an appointment.  I have the reality tour tonight so will have that form and the deferral for Labor Day filled out and put in your box.

Also, it's my understanding the reality tour is scheduled on October 18, which I have a prior engagement that has been scheduled.  I just wanted to make sure that would not be a problem of me not being able to attend since they do have the pre recorded session in those specific instances that I will not be able to attend.

Thank you!

Get Outlook for iOS

**From:** Chuck Mascellino
**Sent:** Thursday, September 27, 2018 9:19:30 AM
**To:** Tiffani Shaffer
**Cc:** Rose Hawk; Kevin Meyer
**Subject:** clerk's vacations

Tiffani,
Barb and Lori have vacation days scheduled.  You will be needed to work 2pm – 10pm on the following days:

     October 11
     October 12
     October 15
     October 31
     November 1
     November 2

See me with any questions.
Chuck



**_Chuck Mascellino_**
Sergeant - Support Services
Police
724-776-5180 x1417    _(Fax)_ 724-776-0237
CranberryTownship.org

CT0613

**Tammy Corb**

| | |
|---|---|
| **From:** | Tiffani Shaffer |
| **Sent:** | Thursday, September 27, 2018 1:51 PM |
| **To:** | Chuck Mascellino |
| **Cc:** | Rose Hawk; Kevin Meyer |
| **Subject:** | Re: clerk's vacations |

Thank you for letting me know. I will be putting in 4 hours of comp time on Nov 1 due to an appointment. I have the reality tour tonight so will have that form and the deferral for Labor Day filled out and put in your box.

Also, it's my understanding the reality tour is scheduled on October 18, which I have a prior engagement that has been scheduled. I just wanted to make sure that would not be a problem of me not being able to attend since they do have the pre recorded session in those specific instances that I will not be able to attend.

Thank you!

Get Outlook for iOS

**From:** Chuck Mascellino
**Sent:** Thursday, September 27, 2018 9:19:30 AM
**To:** Tiffani Shaffer
**Cc:** Rose Hawk; Kevin Meyer
**Subject:** clerk's vacations

Tiffani,
Barb and Lori have vacation days scheduled. You will be needed to work 2pm – 10pm on the following days:

> October 11
> October 12
> October 15
> October 31
> November 1
> November 2

See me with any questions.
Chuck



**Chuck Mascellino**
Sergeant - Support Services
Police
724-776-5180 x1417   (Fax) 724-776-0237
CranberryTownship.org

1

CT0614

**Tammy Corb**

| | |
|---|---|
| **From:** | Chuck Mascellino |
| **Sent:** | Monday, September 24, 2018 5:00 PM |
| **To:** | Kevin Meyer |
| **Subject:** | RE: clerk days off |

Will do.

**From:** Kevin Meyer
**Sent:** Monday, September 24, 2018 3:48 PM
**To:** Chuck Mascellino <Chuck.Mascellino@cranberrytownship.org>
**Subject:** Re: clerk days off

Yes. Provide her with any days available after 2 week notice.

Get Outlook for Android

**From:** Chuck Mascellino
**Sent:** Monday, September 24, 2018 12:21:07 PM
**To:** Kevin Meyer
**Subject:** clerk days off

Do you want me to let Tiffani know about the days that Barb and Lori have taken off?



***Chuck Mascellino***
Sergeant - Support Services
Police
724-776-5180 x1417    *(Fax)* 724-776-0237
CranberryTownship.org

1

CT0615

**Tammy Corb**

| | |
|---|---|
| **From:** | Rose Hawk |
| **Sent:** | Friday, September 21, 2018 2:52 PM |
| **To:** | Chuck Mascellino |
| **Cc:** | Kevin Meyer |
| **Subject:** | CLERK VACATION DAYS |

Lori is scheduled for vacation on October 11, 12 and 15.

Barb is going to schedule some days off but hasn't yet. As soon as I get them I will let you know. I told her I need 2 weeks' notice so that Tiffany can be scheduled.



**Rose Hawk**
Manager, Police Administration
Police
724-776-5180 x1498   *(Fax)* 724-776-0237
CranberryTownship.org

1

CT0616

**Tammy Corb**

| | |
|---|---|
| **From:** | Kevin Meyer |
| **Sent:** | Thursday, August 9, 2018 9:31 AM |
| **To:** | Chuck Mascellino |
| **Subject:** | FW: Successful eTrace Registration Notification: SHAFFER, TIFFANI |

fyi

-----Original Message-----
From: no-reply-etrace@atf.gov <no-reply-etrace@atf.gov>
Sent: Thursday, August 9, 2018 9:24 AM
To: Kevin Meyer <Kevin.Meyer@cranberrytownship.org>
Subject: Successful eTrace Registration Notification: SHAFFER, TIFFANI

This is an automated e-mail notification from the eTrace Administrator that TIFFANI MAE SHAFFER has successfully registered for an eTrace account under your agency.  An e-mail containing the user's credentials will be sent to the user once the account has been created, generally within 48 hours of registration.

CT0624

**Tammy Corb**

| | |
|---|---|
| **From:** | Tiffani Shaffer |
| **Sent:** | Friday, August 3, 2018 10:18 AM |
| **To:** | Kevin Meyer |
| **Subject:** | Re: Friday 8/3 |

I appreciate that, thank you.  I was able to go over Monday with Sgt. Mascellino and helped with the office.

Get Outlook for iOS

---

**From:** Kevin Meyer
**Sent:** Friday, August 3, 2018 8:38:22 AM
**To:** Tiffani Shaffer
**Subject:** RE: Friday 8/3

You are welcome.
Also, I was unaware there were no court hearings today. I found out yesterday afternoon but didn't want to cancel your attendance since you were already planning on being here. Sorry.
Chief

**From:** Tiffani Shaffer
**Sent:** Friday, August 3, 2018 7:21 AM
**To:** Kevin Meyer <Kevin.Meyer@cranberrytownship.org>
**Subject:** RE: Friday 8/3

Ok. Thank you.

**From:** Kevin Meyer
**Sent:** Thursday, August 2, 2018 5:03 PM
**To:** Tiffani Shaffer <Tiffani.Shaffer@cranberrytownship.org>
**Subject:** Re: Friday 8/3

Tiffani,
Please report on Monday 8/6 at 8a and see Sgt. Mascellino. He has firearm traces and Accurint reports for you to run on weapons held in evidence.
Thanks,
Chief

Get Outlook for Android

---

**From:** Tiffani Shaffer
**Sent:** Thursday, August 2, 2018 1:09:55 PM
**To:** Kevin Meyer
**Subject:** Re: Friday 8/3

Ok. Thank you.

Get Outlook for iOS

CT0631

**From:** Kevin Meyer
**Sent:** Wednesday, August 1, 2018 12:19:05 PM
**To:** Tiffani Shaffer
**Subject:** Re: Friday 8/3

No need to take comp time. Plan on starting at 7a and work untill you need to leave for your appointment. You can handle the front desk  until Lori arrives at 8a.

Get Outlook for Android

**From:** Tiffani Shaffer
**Sent:** Wednesday, August 1, 2018 10:35:25 AM
**To:** Kevin Meyer
**Cc:** Rose Hawk
**Subject:** Re: Friday 8/3

Ok. I will have to take 2 hours of comp time as I have an appointment at 11

Get Outlook for iOS

**From:** Kevin Meyer
**Sent:** Wednesday, August 1, 2018 10:06:37 AM
**To:** Tiffani Shaffer
**Cc:** Rose Hawk
**Subject:** Friday 8/3

Tiffani,
Please plan on working the reception desk this Friday from 8a-noon. You can take calls and assist Lori on criminal court day.
Chief



***Kevin Meyer***
Chief of Police
Police
724-776-5180 x1416    *(Fax)* 724-776-0237
CranberryTownship.org

CT0632

**Tammy Corb**

| | |
|---|---|
| **From:** | Tiffani Shaffer |
| **Sent:** | Thursday, August 2, 2018 1:10 PM |
| **To:** | Kevin Meyer |
| **Subject:** | Re: Friday 8/3 |

Ok. Thank you.

Get Outlook for iOS

**From:** Kevin Meyer
**Sent:** Wednesday, August 1, 2018 12:19:05 PM
**To:** Tiffani Shaffer
**Subject:** Re: Friday 8/3

No need to take comp time. Plan on starting at 7a and work untill you need to leave for your appointment. You can handle the front desk  until Lori arrives at 8a.

Get Outlook for Android

**From:** Tiffani Shaffer
**Sent:** Wednesday, August 1, 2018 10:35:25 AM
**To:** Kevin Meyer
**Cc:** Rose Hawk
**Subject:** Re: Friday 8/3

Ok. I will have to take 2 hours of comp time as I have an appointment at 11

Get Outlook for iOS

**From:** Kevin Meyer
**Sent:** Wednesday, August 1, 2018 10:06:37 AM
**To:** Tiffani Shaffer
**Cc:** Rose Hawk
**Subject:** Friday 8/3

Tiffani,
Please plan on working the reception desk this Friday from 8a-noon. You can take calls and assist Lori on criminal court day.
Chief



*Kevin Meyer*
Chief of Police
Police
724-776-5180 x1416   *(Fax)* 724-776-0237
CranberryTownship.org

1

CT0635

**Tammy Corb**

| | |
|---|---|
| **From:** | Kevin Meyer |
| **Sent:** | Friday, July 27, 2018 10:55 AM |
| **To:** | Tiffani Shaffer |
| **Subject:** | Deferring Time |

Tiffani,

Yesterday you questioned you ability to defer your July 4th holiday but not the fingerprint detail. Holidays are permitted to be deferred by contract but general overtime can only be deferred once you work 80+ hours in a two week period. I hope this answers your question.

Chief



***Kevin Meyer***
Chief of Police
Police
724-776-5180 x1416    *(Fax)* 724-776-0237
CranberryTownship.org

1

**Tammy Corb**

| | |
|---|---|
| **From:** | Kevin Meyer |
| **Sent:** | Wednesday, July 25, 2018 2:33 PM |
| **To:** | Tiffani Shaffer |
| **Subject:** | tomorrow |

Tiffani,
Please plan on working 8a-noon tomorrow, Thursday 7/26. You will continue working on updating the warrants in the warrant drawer.
Chief



**Kevin Meyer**
Chief of Police
Police
724-776-5180 x1416   *(Fax)* 724-776-0237
CranberryTownship.org

1

CT0638

**Tammy Corb**

| | |
|---|---|
| **From:** | Kevin Meyer |
| **Sent:** | Monday, July 16, 2018 11:52 AM |
| **To:** | Karen Johanknecht |
| **Cc:** | Tiffani Shaffer |
| **Subject:** | RE: Reality Tour - Family Drug Prevention Program |

Karen,
We will gladly continue to support this program and Officer Shaffer will again be your POC.
Regards,
Chief Meyer

**From:** Karen Johanknecht <karen_johanknecht@outlook.com>
**Sent:** Tuesday, July 10, 2018 5:11 PM
**To:** Kevin Meyer <Kevin.Meyer@cranberrytownship.org>
**Cc:** Tiffani Shaffer <Tiffani.Shaffer@cranberrytownship.org>; karenj@candleinc.org
**Subject:** Re: Reality Tour - Family Drug Prevention Program

Dear Chief Meyer:


Good Afternoon! I wanted to touch base regarding our Reality Tour letter mailed to you at the beginning of June. I've attached the letter, but with the updated dates on it per our recent calendar update. Will Cranberry Twp Police Department continue to support our program beginning in September? If you could let me know at your soonest convenience, I'd greatly appreciate it. Our planning for fall is almost complete but this is an important detail in finalizing our plans.


Hope you are having a great summer!

Thanks so much!


Karen Johanknecht

karenj@candleinc.org

www.RealityTour.org

724-272-1805

CT0641

**Tammy Corb**

| | |
|---|---|
| **From:** | Kevin Meyer |
| **Sent:** | Monday, July 9, 2018 6:17 PM |
| **To:** | Tiffani Shaffer |
| **Subject:** | Re: 3713 Graham School |

Ok. Thank you.

Get Outlook for Android

---

**From:** Tiffani Shaffer
**Sent:** Monday, July 9, 2018 6:15:37 PM
**To:** Kevin Meyer
**Subject:** RE: 3713 Graham School

Chief,

The only call regarding Teddy Zadrozny is where he is listed as the homeowner of the mentioned address that a crash occurred on the property.



**Tiffani Shaffer**
Patrolman
Police
724-776-5180 x1447   *(Fax)* 724-776-0237
CranberryTownship.org

**From:** Kevin Meyer
**Sent:** Monday, July 9, 2018 5:54 PM
**To:** Tiffani Shaffer <Tiffani.Shaffer@cranberrytownship.org>
**Subject:** Fwd: 3713 Graham School

Tiffani,
Please check this name/address in RMS and let me know if we have anything.
Thanks

Get Outlook for Android

---

**From:** Lorin Meeder
**Sent:** Monday, July 9, 2018 4:00:33 PM
**To:** Kevin Meyer
**Cc:** Nancy Sikora; Cindy Koss
**Subject:** FW: 3713 Graham School

CT0642

Kevin
Do you have any History on 3713 Graham School Road a Teddy Zadrozny. The phone call with him over the garbage rate increase did not go well. He has a lot of issues with the township. Kind of worries me.
Lorin

**From:** Cindy Koss
**Sent:** Monday, July 9, 2018 3:31 PM
**To:** Lorin Meeder <Lorin.Meeder@cranberrytownship.org>
**Subject:** 3713 Graham School

Hi Lorin:

Let me know how the conversation went when he talked to you, he was not very nice.

Thank You,



***Cindy Koss***
Billing Administrator
Finance
724-776-4806 x1111   *(Fax)* 724-776-5488
CranberryTownship.org

CT0643

**Tammy Corb**

| | |
|---|---|
| **From:** | Kevin Meyer |
| **Sent:** | Monday, July 9, 2018 12:00 PM |
| **To:** | Tiffani Shaffer |
| **Subject:** | FW: Schedule |

Please wear your CTPD UA polo and khaki slacks for Saturday as well.
Also, new shirt order arrived. What size do you need? I believe you wanted medium but I'm not certain.

**From:** Kevin Meyer
**Sent:** Monday, July 9, 2018 11:52 AM
**To:** Tiffani Shaffer <Tiffani.Shaffer@cranberrytownship.org>
**Subject:** RE: Schedule

Lori returns from vacation tomorrow so your schedule for the week looks like this:

**Tuesday Fingerprint detail from 4-8p (from sign-up)**
**Wednesday Fingerprint detail from noon-4p**
**Saturday Community Days, 1p-7p**

**From:** Tiffani Shaffer
**Sent:** Monday, July 9, 2018 11:44 AM
**To:** Kevin Meyer <Kevin.Meyer@cranberrytownship.org>
**Subject:** Re: Schedule

Ok. In addition to Saturday what will my schedule be for this week?

Thank you.

Tiffani Shaffer
Patrolman
Police
724-776-5180 x1447 (Fax) 724-776-0237
CranberryTownship.org

Get Outlook for iOS

**From:** Kevin Meyer
**Sent:** Monday, July 9, 2018 11:15:27 AM
**To:** Tiffani Shaffer
**Cc:** Chuck Mascellino; William Ahlgren
**Subject:** RE: Schedule

Tiffani,

1

CT0644

As discussed, I would like you to staff the police tent this Saturday from 1p-7p. The canopy/tent will be set up at the Public Safety island at the intersection of Ernie Mashuda and Park Drive. Booklets, stickers and stress cars will be there for you to hand out. Please have your police radio with you in the event you need to contact another officer or the Command Center.

I will be there to help get everything set-up. Patrol will be checking on you throughout your shift and relieving you when necessary.

You will need to call officers in to help break-down the canopy around 6:30. I want to make sure it is out of there prior to the fireworks display.

Call Sgt. Mascellino with any questions.

Chief


**From:** Tiffani Shaffer
**Sent:** Friday, July 6, 2018 2:31 PM
**To:** Kevin Meyer <Kevin.Meyer@cranberrytownship.org>
**Subject:** Schedule

Chief,

I am just checking to see if a schedule has been made for the week of July 9.  Thank you.

Tiffani Shaffer
Patrolman
Police
724-776-5180 x1447 (Fax) 724-776-0237
CranberryTownship.org


Get Outlook for iOS

CT0645

**Tammy Corb**

| | |
|---|---|
| **From:** | Kevin Meyer |
| **Sent:** | Monday, July 9, 2018 11:15 AM |
| **To:** | Tiffani Shaffer |
| **Cc:** | Chuck Mascellino; William Ahlgren |
| **Subject:** | RE: Schedule |

Tiffani,

As discussed, I would like you to staff the police tent this Saturday from 1p-7p. The canopy/tent will be set up at the Public Safety island at the intersection of Ernie Mashuda and Park Drive. Booklets, stickers and stress cars will be there for you to hand out. Please have your police radio with you in the event you need to contact another officer or the Command Center.

I will be there to help get everything set-up. Patrol will be checking on you throughout your shift and relieving you when necessary.

You will need to call officers in to help break-down the canopy around 6:30. I want to make sure it is out of there prior to the fireworks display.

Call Sgt. Mascellino with any questions.

Chief

**From:** Tiffani Shaffer
**Sent:** Friday, July 6, 2018 2:31 PM
**To:** Kevin Meyer <Kevin.Meyer@cranberrytownship.org>
**Subject:** Schedule

Chief,

I am just checking to see if a schedule has been made for the week of July 9.  Thank you.

Tiffani Shaffer
Patrolman
Police
724-776-5180 x1447 (Fax) 724-776-0237
CranberryTownship.org


Get Outlook for iOS

CT0646

**Tammy Corb**

| | |
|---|---|
| **From:** | Kevin Meyer |
| **Sent:** | Monday, June 18, 2018 8:37 AM |
| **To:** | Rose Hawk |
| **Subject:** | Barb/Lori Time Off |

Rose,
Let me know of any scheduled days/weeks that Barb and Lori may be off on vacation. Additionally, let me know if they call off sick. I'll check to see if Ofc. Shaffer can sit in during these times.
Thanks-



**Kevin Meyer**
Chief of Police
Police
724-776-5180 x1416    *(Fax)* 724-776-0237
CranberryTownship.org

1

CT0647

**Tammy Corb**

| | |
|---|---|
| **From:** | Ted Fessides <tfessides@ctems51.org> |
| **Sent:** | Tuesday, May 22, 2018 4:58 PM |
| **To:** | Kevin Meyer |
| **Subject:** | Fwd: CT Police Recognition |

Great job by Tiff. See below.

Get Outlook for iOS

**From:** Andrew Bell
**Sent:** Monday, May 21, 2018 3:45:10 PM
**To:** Teak Baker; Jeff Kelly; Ted Fessides
**Subject:** CT Police Recognition

All,

I'm not sure who would be responsible for this type of situation but I wanted to see if we could forward on some recognition to Tiffany at the police department for their above and beyond efforts last week for a call at 602 Larch Drive. Bill and I had an intox female with suicidal thoughts that was a bit feisty at times towards police and ems. Tiffany showed tremendous empathy and personal care for making sure that the patient got the help she needed. I don't know how the patient ended up once we dropped her off at Presby but I know that the incident wouldn't have gone as smooth without her assistance of getting the patient to the ambulance for transport. Other officers present on the call were Savola (Spelling? sorry!) and Horan.

Thanks for the help,

Andrew Bell

1

**Tammy Corb**

| | |
|---|---|
| **From:** | Kevin Meyer |
| **Sent:** | Monday, June 18, 2018 8:37 AM |
| **To:** | Rose Hawk |
| **Subject:** | Barb/Lori Time Off |

Rose,
Let me know of any scheduled days/weeks that Barb and Lori may be off on vacation. Additionally, let me know if they
call off sick. I'll check to see if Ofc. Shaffer can sit in during these times.
Thanks-



**Kevin Meyer**
Chief of Police
Police
724-776-5180 x1416   *(Fax)* 724-776-0237
CranberryTownship.org

CT0730

**Tammy Corb**

| | |
|---|---|
| **From:** | Kevin Meyer |
| **Sent:** | Monday, July 9, 2018 11:52 AM |
| **To:** | Tiffani Shaffer |
| **Subject:** | RE: Schedule |

Lori returns from vacation tomorrow so your schedule for the week looks like this:

**Tuesday Fingerprint detail from 4-8p (from sign-up)**
**Wednesday Fingerprint detail from noon-4p**
**Saturday Community Days, 1p-7p**

**From:** Tiffani Shaffer
**Sent:** Monday, July 9, 2018 11:44 AM
**To:** Kevin Meyer <Kevin.Meyer@cranberrytownship.org>
**Subject:** Re: Schedule

Ok. In addition to Saturday what will my schedule be for this week?

Thank you.

Tiffani Shaffer
Patrolman
Police
724-776-5180 x1447 (Fax) 724-776-0237
CranberryTownship.org

Get Outlook for iOS

---

**From:** Kevin Meyer
**Sent:** Monday, July 9, 2018 11:15:27 AM
**To:** Tiffani Shaffer
**Cc:** Chuck Mascellino; William Ahlgren
**Subject:** RE: Schedule

Tiffani,
As discussed, I would like you to staff the police tent this Saturday from 1p-7p. The canopy/tent will be set up at the Public Safety island at the intersection of Ernie Mashuda and Park Drive. Booklets, stickers and stress cars will be there for you to hand out. Please have your police radio with you in the event you need to contact another officer or the Command Center.
I will be there to help get everything set-up. Patrol will be checking on you throughout your shift and relieving you when necessary.
You will need to call officers in to help break-down the canopy around 6:30. I want to make sure it is out of there prior to the fireworks display.

1

CT0733

Call Sgt. Mascellino with any questions.
Chief

**From:** Tiffani Shaffer
**Sent:** Friday, July 6, 2018 2:31 PM
**To:** Kevin Meyer <Kevin.Meyer@cranberrytownship.org>
**Subject:** Schedule

Chief,

I am just checking to see if a schedule has been made for the week of July 9.  Thank you.

Tiffani Shaffer
Patrolman
Police
724-776-5180 x1447 (Fax) 724-776-0237
CranberryTownship.org


Get Outlook for iOS

CT0734

**Tammy Corb**

| | |
|---|---|
| **From:** | Kevin Meyer |
| **Sent:** | Monday, July 9, 2018 12:00 PM |
| **To:** | Tiffani Shaffer |
| **Subject:** | FW: Schedule |

Please wear your CTPD UA polo and khaki slacks for Saturday as well.
Also, new shirt order arrived. What size do you need? I believe you wanted medium but I'm not certain.

**From:** Kevin Meyer
**Sent:** Monday, July 9, 2018 11:52 AM
**To:** Tiffani Shaffer <Tiffani.Shaffer@cranberrytownship.org>
**Subject:** RE: Schedule

Lori returns from vacation tomorrow so your schedule for the week looks like this:

**Tuesday Fingerprint detail from 4-8p (from sign-up)**
**Wednesday Fingerprint detail from noon-4p**
**Saturday Community Days, 1p-7p**

**From:** Tiffani Shaffer
**Sent:** Monday, July 9, 2018 11:44 AM
**To:** Kevin Meyer <Kevin.Meyer@cranberrytownship.org>
**Subject:** Re: Schedule

Ok. In addition to Saturday what will my schedule be for this week?

Thank you.

Tiffani Shaffer
Patrolman
Police
724-776-5180 x1447 (Fax) 724-776-0237
CranberryTownship.org

Get Outlook for iOS

**From:** Kevin Meyer
**Sent:** Monday, July 9, 2018 11:15:27 AM
**To:** Tiffani Shaffer
**Cc:** Chuck Mascellino; William Ahlgren
**Subject:** RE: Schedule

Tiffani,

1

CT0735

As discussed, I would like you to staff the police tent this Saturday from 1p-7p. The canopy/tent will be set up at the Public Safety island at the intersection of Ernie Mashuda and Park Drive. Booklets, stickers and stress cars will be there for you to hand out. Please have your police radio with you in the event you need to contact another officer or the Command Center.

I will be there to help get everything set-up. Patrol will be checking on you throughout your shift and relieving you when necessary.

You will need to call officers in to help break-down the canopy around 6:30. I want to make sure it is out of there prior to the fireworks display.

Call Sgt. Mascellino with any questions.

Chief

**From:** Tiffani Shaffer
**Sent:** Friday, July 6, 2018 2:31 PM
**To:** Kevin Meyer <Kevin.Meyer@cranberrytownship.org>
**Subject:** Schedule

Chief,

I am just checking to see if a schedule has been made for the week of July 9.  Thank you.

Tiffani Shaffer
Patrolman
Police
724-776-5180 x1447 (Fax) 724-776-0237
CranberryTownship.org


Get Outlook for iOS

CT0736

**Tammy Corb**

| | |
|---|---|
| **From:** | Kevin Meyer |
| **Sent:** | Monday, July 9, 2018 6:17 PM |
| **To:** | Tiffani Shaffer |
| **Subject:** | Re: 3713 Graham School |

Ok. Thank you.

Get Outlook for Android

---

**From:** Tiffani Shaffer
**Sent:** Monday, July 9, 2018 6:15:37 PM
**To:** Kevin Meyer
**Subject:** RE: 3713 Graham School

Chief,

The only call regarding Teddy Zadrozny is where he is listed as the homeowner of the mentioned address that a crash occurred on the property.



**Tiffani Shaffer**
Patrolman
Police
*724-776-5180 x1447    (Fax)* 724-776-0237
CranberryTownship.org

**From:** Kevin Meyer
**Sent:** Monday, July 9, 2018 5:54 PM
**To:** Tiffani Shaffer <Tiffani.Shaffer@cranberrytownship.org>
**Subject:** Fwd: 3713 Graham School

Tiffani,
Please check this name/address in RMS and let me know if we have anything.
Thanks

Get Outlook for Android

---

**From:** Lorin Meeder
**Sent:** Monday, July 9, 2018 4:00:33 PM
**To:** Kevin Meyer
**Cc:** Nancy Sikora; Cindy Koss
**Subject:** FW: 3713 Graham School

1

CT0738

Kevin
Do you have any History on 3713 Graham School Road a Teddy Zadrozny. The phone call with him over the garbage  rate increase did not go well. He has a lot of issues with the township. Kind of worries me.
Lorin

**From:** Cindy Koss
**Sent:** Monday, July 9, 2018 3:31 PM
**To:** Lorin Meeder <Lorin.Meeder@cranberrytownship.org>
**Subject:** 3713 Graham School

Hi Lorin:

Let me know how the conversation went when he talked to you, he was not very nice.

Thank You,



*Cindy Koss*
Billing Administrator
Finance
724-776-4806 x1111    *(Fax)* 724-776-5488
CranberryTownship.org

2

CT0739

**Tammy Corb**

| | |
|---|---|
| **From:** | Kevin Meyer |
| **Sent:** | Monday, July 16, 2018 11:52 AM |
| **To:** | Karen Johanknecht |
| **Cc:** | Tiffani Shaffer |
| **Subject:** | RE: Reality Tour - Family Drug Prevention Program |

Karen,
We will gladly continue to support this program and Officer Shaffer will again be your POC.
Regards,
Chief Meyer

**From:** Karen Johanknecht <karen_johanknecht@outlook.com>
**Sent:** Tuesday, July 10, 2018 5:11 PM
**To:** Kevin Meyer <Kevin.Meyer@cranberrytownship.org>
**Cc:** Tiffani Shaffer <Tiffani.Shaffer@cranberrytownship.org>; karenj@candleinc.org
**Subject:** Re: Reality Tour - Family Drug Prevention Program

Dear Chief Meyer:


Good Afternoon! I wanted to touch base regarding our Reality Tour letter mailed to you at the beginning of June. I've attached the letter, but with the updated dates on it per our recent calendar update. Will Cranberry Twp Police Department continue to support our program beginning in September? If you could let me know at your soonest convenience, I'd greatly appreciate it. Our planning for fall is almost complete but this is an important detail in finalizing our plans.


Hope you are having a great summer!

Thanks so much!


Karen Johanknecht

karenj@candleinc.org

www.RealityTour.org

724-272-1805

1

## Tammy Corb

| | |
|---|---|
| **From:** | Kevin Meyer |
| **Sent:** | Tuesday, July 24, 2018 11:42 AM |
| **To:** | Tiffani Shaffer |
| **Subject:** | FW: PICS INVESTIGATION OC |
| **Attachments:** | BULLINGTON 18-I-0023734.pdf |

Please look into this and file charges if warranted. You will need to create a call and move/attach these docs in the P:drive for reference.

Thanks, Chief

**From:** Matthew Irvin
**Sent:** Tuesday, July 24, 2018 9:25 AM
**To:** Kevin Meyer <Kevin.Meyer@cranberrytownship.org>
**Subject:** FW: PICS INVESTIGATION OC

**From:** Panepinto, Joseph W <jpanepinto@pa.gov>
**Sent:** Tuesday, July 24, 2018 9:18 AM
**To:** Matthew Irvin <Matthew.Irvin@cranberrytownship.org>
**Subject:** FW: PICS INVESTIGATION OC

Matt,

This violation occurred at Field and Stream.  Are you able to take this one?

Effective 9/12/2016, the PSP, Firearms Division will begin forwarding all firearm investigations, via email, directly to the Troop or police department of jurisdiction where the violation occurred.  We will attempt to provide electronic copies of any relevant correspondence related to the prohibiting information. Certified copies of the mental health records can be provided upon request. Any other records would need to be obtained by your department to verify the prohibiting information.

All correspondence, using form SP 3-201, shall be directed to the PSP, Firearms Division @ PICSFirearms@pa.gov

1

CT0742

The attached investigations are listed below:

Bullington, Megan  :  18-I-0023734

Carol Ackerman **|** Legal Assistant 2
Pennsylvania State Police | Bureau of Records & Identification
Firearms Division **|** PICS Challenge Unit
Phone: 717-409-3890| Fax: 717-705-5539

CT0743

**Tammy Corb**

| | |
|---|---|
| **From:** | Kevin Meyer |
| **Sent:** | Tuesday, July 24, 2018 4:06 PM |
| **To:** | Tiffani Shaffer |
| **Subject:** | FW: PICS INVESTIGATION OC |
| **Attachments:** | SHERMAN 18-I-0023769.pdf |

Another PICS investigation.

**From:** Matthew Irvin
**Sent:** Tuesday, July 24, 2018 3:15 PM
**To:** Kevin Meyer <Kevin.Meyer@cranberrytownship.org>
**Subject:** FW: PICS INVESTIGATION OC

**From:** Panepinto, Joseph W <jpanepinto@pa.gov>
**Sent:** Tuesday, July 24, 2018 2:33 PM
**To:** Matthew Irvin <Matthew.Irvin@cranberrytownship.org>
**Subject:** FW: PICS INVESTIGATION OC

Matt,

This one occurred at Dicks Sporting Goods.  Can you take this one also?  Thanks, Joe

Effective 9/12/2016, the PSP, Firearms Division will begin forwarding all firearm investigations, via email, directly to the Troop or police department of jurisdiction where the violation occurred.  We will attempt to provide electronic copies of any relevant correspondence related to the prohibiting information. Certified copies of the mental health records can be provided upon request. Any other records would need to be obtained by your department to verify the prohibiting information.

All correspondence, using form SP 3-201, shall be directed to the PSP, Firearms Division @ PICSFirearms@pa.gov

The attached investigations are listed below:

CT0744

Sherman, Mark  :  18-I-0023769

Carol Ackerman | Legal Assistant 2
Pennsylvania State Police | Bureau of Records & Identification
Firearms Division | PICS Challenge Unit
Phone: 717-409-3890| Fax: 717-705-5539

CT0745

**Tammy Corb**

| | |
|---|---|
| **From:** | Tiffani Shaffer |
| **Sent:** | Wednesday, July 25, 2018 3:45 PM |
| **To:** | Kevin Meyer |
| **Subject:** | RE: tomorrow |

Ok. Thank you.



**Tiffani Shaffer**
Patrolman
Police
724-776-5180 x1447    *(Fax)* 724-776-0237
CranberryTownship.org

**From:** Kevin Meyer
**Sent:** Wednesday, July 25, 2018 2:33 PM
**To:** Tiffani Shaffer <Tiffani.Shaffer@cranberrytownship.org>
**Subject:** tomorrow

Tiffani,
Please plan on working 8a-noon tomorrow, Thursday 7/26. You will continue working on updating the warrants in the warrant drawer.
Chief



**Kevin Meyer**
Chief of Police
Police
724-776-5180 x1416    *(Fax)* 724-776-0237
CranberryTownship.org

CT0747

**Tammy Corb**

| | |
|---|---|
| **From:** | Kevin Meyer |
| **Sent:** | Monday, July 30, 2018 10:56 AM |
| **To:** | Tiffani Shaffer |
| **Subject:** | Re: Schedule |

Plan on being here tomorrow (Tuesday) from 8a until noon to wrap up your PICS cases. See me when you get in.

Chief

---

**From:** Tiffani Shaffer
**Sent:** Sunday, July 29, 2018 2:45:05 PM
**To:** Kevin Meyer
**Subject:** Re: Schedule

No I haven't. Plus I am working on a theft case and identity theft case.

Get Outlook for iOS

---

**From:** Kevin Meyer
**Sent:** Sunday, July 29, 2018 9:17:11 AM
**To:** Tiffani Shaffer
**Subject:** Fwd: Schedule

Tiffani,
Did you finish the PICS cases? If so, I do not have anything for you tomorrow. I'll meet with Sergeant Mascellino in the morning to see if there is work for the remainder of the week.
Chief

Get Outlook for Android

---

**From:** Tiffani Shaffer
**Sent:** Sunday, July 29, 2018 9:10:24 AM
**To:** Kevin Meyer
**Subject:** Schedule

Chief,

I am just checking to see if a schedule has been made for the week of July 30. Thank you.

Tiffani Shaffer
Patrolman
Police
724-776-5180 x1447 (Fax) 724-776-0237
CranberryTownship.org

Get Outlook for iOS

CT0750

**Tammy Corb**

| | |
|---|---|
| **From:** | Kevin Meyer |
| **Sent:** | Wednesday, August 1, 2018 12:19 PM |
| **To:** | Tiffani Shaffer |
| **Subject:** | Re: Friday 8/3 |

No need to take comp time. Plan on starting at 7a and work untill you need to leave for your appointment. You can handle the front desk  until Lori arrives at 8a.

Get Outlook for Android

**From:** Tiffani Shaffer
**Sent:** Wednesday, August 1, 2018 10:35:25 AM
**To:** Kevin Meyer
**Cc:** Rose Hawk
**Subject:** Re: Friday 8/3

Ok. I will have to take 2 hours of comp time as I have an appointment at 11

Get Outlook for iOS

**From:** Kevin Meyer
**Sent:** Wednesday, August 1, 2018 10:06:37 AM
**To:** Tiffani Shaffer
**Cc:** Rose Hawk
**Subject:** Friday 8/3

Tiffani,
Please plan on working the reception desk this Friday from 8a-noon. You can take calls and assist Lori on criminal court day.
Chief



***Kevin Meyer***
Chief of Police
Police
724-776-5180 x1416   *(Fax)* 724-776-0237
CranberryTownship.org

1

CT0751

**Tammy Corb**

| | |
|---|---|
| **From:** | Tiffani Shaffer |
| **Sent:** | Friday, August 3, 2018 7:21 AM |
| **To:** | Kevin Meyer |
| **Subject:** | RE: Friday 8/3 |

Ok. Thank you.

**From:** Kevin Meyer
**Sent:** Thursday, August 2, 2018 5:03 PM
**To:** Tiffani Shaffer <Tiffani.Shaffer@cranberrytownship.org>
**Subject:** Re: Friday 8/3

Tiffani,
Please report on Monday 8/6 at 8a and see Sgt. Mascellino. He has firearm traces and Accurint reports for you to run on weapons held in evidence.
Thanks,
Chief

Get Outlook for Android

---

**From:** Tiffani Shaffer
**Sent:** Thursday, August 2, 2018 1:09:55 PM
**To:** Kevin Meyer
**Subject:** Re: Friday 8/3

Ok. Thank you.

Get Outlook for iOS

---

**From:** Kevin Meyer
**Sent:** Wednesday, August 1, 2018 12:19:05 PM
**To:** Tiffani Shaffer
**Subject:** Re: Friday 8/3

No need to take comp time. Plan on starting at 7a and work untill you need to leave for your appointment. You can handle the front desk  until Lori arrives at 8a.

Get Outlook for Android

---

**From:** Tiffani Shaffer
**Sent:** Wednesday, August 1, 2018 10:35:25 AM
**To:** Kevin Meyer
**Cc:** Rose Hawk
**Subject:** Re: Friday 8/3

Ok. I will have to take 2 hours of comp time as I have an appointment at 11

CT0752

**Tammy Corb**

| | |
|---|---|
| **From:** | Kevin Meyer |
| **Sent:** | Thursday, August 2, 2018 5:03 PM |
| **To:** | Tiffani Shaffer |
| **Subject:** | Re: Friday 8/3 |

Tiffani,
Please report on Monday 8/6 at 8a and see Sgt. Mascellino. He has firearm traces and Accurint reports for you to run on weapons held in evidence.
Thanks,
Chief

Get Outlook for Android

---

**From:** Tiffani Shaffer
**Sent:** Thursday, August 2, 2018 1:09:55 PM
**To:** Kevin Meyer
**Subject:** Re: Friday 8/3

Ok. Thank you.

Get Outlook for iOS

---

**From:** Kevin Meyer
**Sent:** Wednesday, August 1, 2018 12:19:05 PM
**To:** Tiffani Shaffer
**Subject:** Re: Friday 8/3

No need to take comp time. Plan on starting at 7a and work untill you need to leave for your appointment. You can handle the front desk until Lori arrives at 8a.

Get Outlook for Android

---

**From:** Tiffani Shaffer
**Sent:** Wednesday, August 1, 2018 10:35:25 AM
**To:** Kevin Meyer
**Cc:** Rose Hawk
**Subject:** Re: Friday 8/3

Ok. I will have to take 2 hours of comp time as I have an appointment at 11

Get Outlook for iOS

---

**From:** Kevin Meyer
**Sent:** Wednesday, August 1, 2018 10:06:37 AM
**To:** Tiffani Shaffer
**Cc:** Rose Hawk
**Subject:** Friday 8/3

CT0753

Tiffani,
Please plan on working the reception desk this Friday from 8a-noon. You can take calls and assist Lori on criminal court day.
Chief



**Kevin Meyer**
Chief of Police
Police
724-776-5180 x1416   *(Fax)* 724-776-0237
CranberryTownship.org

2

CT0754

**Tammy Corb**

| | |
|---|---|
| **From:** | Tiffani Shaffer |
| **Sent:** | Friday, August 3, 2018 10:18 AM |
| **To:** | Kevin Meyer |
| **Subject:** | Re: Friday 8/3 |

I appreciate that, thank you.  I was able to go over Monday with Sgt. Mascellino and helped with the office.

Get Outlook for iOS

---

**From:** Kevin Meyer
**Sent:** Friday, August 3, 2018 8:38:22 AM
**To:** Tiffani Shaffer
**Subject:** RE: Friday 8/3

You are welcome.
Also, I was unaware there were no court hearings today. I found out yesterday afternoon but didn't want to cancel your attendance since you were already planning on being here. Sorry.
Chief


**From:** Tiffani Shaffer
**Sent:** Friday, August 3, 2018 7:21 AM
**To:** Kevin Meyer <Kevin.Meyer@cranberrytownship.org>
**Subject:** RE: Friday 8/3

Ok. Thank you.


**From:** Kevin Meyer
**Sent:** Thursday, August 2, 2018 5:03 PM
**To:** Tiffani Shaffer <Tiffani.Shaffer@cranberrytownship.org>
**Subject:** Re: Friday 8/3

Tiffani,
Please report on Monday 8/6 at 8a and see Sgt. Mascellino. He has firearm traces and Accurint reports for you to run on weapons held in evidence.
Thanks,
Chief

Get Outlook for Android

---

**From:** Tiffani Shaffer
**Sent:** Thursday, August 2, 2018 1:09:55 PM
**To:** Kevin Meyer
**Subject:** Re: Friday 8/3

Ok. Thank you.

Get Outlook for iOS

CT0759

**From:** Kevin Meyer
**Sent:** Wednesday, August 1, 2018 12:19:05 PM
**To:** Tiffani Shaffer
**Subject:** Re: Friday 8/3

No need to take comp time. Plan on starting at 7a and work untill you need to leave for your appointment. You can handle the front desk  until Lori arrives at 8a.

Get Outlook for Android

**From:** Tiffani Shaffer
**Sent:** Wednesday, August 1, 2018 10:35:25 AM
**To:** Kevin Meyer
**Cc:** Rose Hawk
**Subject:** Re: Friday 8/3

Ok. I will have to take 2 hours of comp time as I have an appointment at 11

Get Outlook for iOS

**From:** Kevin Meyer
**Sent:** Wednesday, August 1, 2018 10:06:37 AM
**To:** Tiffani Shaffer
**Cc:** Rose Hawk
**Subject:** Friday 8/3

Tiffani,
Please plan on working the reception desk this Friday from 8a-noon. You can take calls and assist Lori on criminal court day.
Chief



***Kevin Meyer***
Chief of Police
Police
724-776-5180 x1416   *(Fax)* 724-776-0237
CranberryTownship.org

2

CT0760

**Tammy Corb**

| | |
|---|---|
| **From:** | Kevin Meyer |
| **Sent:** | Thursday, August 9, 2018 9:31 AM |
| **To:** | Chuck Mascellino |
| **Subject:** | FW: Successful eTrace Registration Notification: SHAFFER, TIFFANI |

fyi

-----Original Message-----
From: no-reply-etrace@atf.gov <no-reply-etrace@atf.gov>
Sent: Thursday, August 9, 2018 9:24 AM
To: Kevin Meyer <Kevin.Meyer@cranberrytownship.org>
Subject: Successful eTrace Registration Notification: SHAFFER, TIFFANI

This is an automated e-mail notification from the eTrace Administrator that TIFFANI MAE SHAFFER has successfully registered for an eTrace account under your agency.  An e-mail containing the user's credentials will be sent to the user once the account has been created, generally within 48 hours of registration.

1

CT0772

**Tammy Corb**

| | |
|---|---|
| **From:** | Tiffani Shaffer |
| **Sent:** | Monday, September 3, 2018 12:18 PM |
| **To:** | Kevin Meyer |
| **Subject:** | Re: ID Card |

Chief,

Yes. I was able to get all the ones that were not in RMS submitted into ATF. I am currently just waiting for the results of thise cases.

Get Outlook for iOS

**From:** Kevin Meyer
**Sent:** Sunday, September 2, 2018 1:44:38 PM
**To:** Tiffani Shaffer
**Subject:** Re: ID Card

Ok. I'm not sure where we are with reviewing the firearms in the evidence room. Were you able to get those researched through the ATF site?
I am back again on Tuesday. I'll meet with Sgt. Mascellino and Ahlgren to see if they have any work for you.
Chief

Get Outlook for Android

From: Tiffani Shaffer
Sent: Friday, August 31, 2:03 PM
Subject: RE: ID Card
To: Kevin Meyer

Thank you.   I am here today from 2-10pm, however haven't gotten a schedule for next week.  The next shifts I am scheduled is when Lori is taking two days on September 14 and 17.

Tiffani Shaffer

Patrolman

Police

724-776-5180 x1447   (
Fax)
724-776-0237

CT0781

CranberryTownship.org


**From:** Kevin Meyer
**Sent:** Friday, August 31, 2018 12:38 PM
**Subject:** ID Card

I have your new ID card in my office. See me when you are in next.
Chief



Kevin Meyer

Chief of Police

Police

724-776-5180 x1416   (
Fax)
724-776-0237

CranberryTownship.org

CT0782

**Tammy Corb**

| | |
|---|---|
| **From:** | Tiffani Shaffer |
| **Sent:** | Tuesday, September 18, 2018 12:55 PM |
| **To:** | Kevin Meyer |
| **Subject:** | Re: Reality Tour |

Sounds great. Thank you. Everything else is going good thank you for asking.

Get Outlook for iOS

**From:** Kevin Meyer
**Sent:** Tuesday, September 18, 2018 10:50:42 AM
**To:** Tiffani Shaffer
**Subject:** Re: Reality Tour

Yes, these were previously approved so you can continue to attend these events. Everything else going well?

**From:** Tiffani Shaffer
**Sent:** Monday, September 17, 2018 8:48:28 PM
**To:** Kevin Meyer
**Subject:** Reality Tour

Chief,

I just wanted to touch base about the Reality Tour Program.  The last we spoke I can't remember if I had given you the dates.  This month is September 27 and every one thereafter is the 3rd Thursday of each month.  I had mentioned to Sgt. Mascellino about this upcoming tour, and he wanted me to reach out to make sure everything was still okay with me going and participating.  I had met with Karen last month and did a recording, which she plans on using for the months I will be on leave.   Thank you.



**Tiffani Shaffer**
Patrolman
Police
724-776-5180 x1447   *(Fax)* 724-776-0237
CranberryTownship.org

CT0790

**Tammy Corb**

| | |
|---|---|
| **From:** | Rose Hawk |
| **Sent:** | Friday, September 21, 2018 2:52 PM |
| **To:** | Chuck Mascellino |
| **Cc:** | Kevin Meyer |
| **Subject:** | CLERK VACATION DAYS |

Lori is scheduled for vacation on October 11, 12 and 15.

Barb is going to schedule some days off but hasn't yet. As soon as I get them I will let you know. I told her I need 2 weeks' notice so that Tiffany can be scheduled.



**Rose Hawk**
Manager, Police Administration
Police
724-776-5180 x1498   *(Fax)* 724-776-0237
CranberryTownship.org

CT0791

**Tammy Corb**

| | |
|---|---|
| **From:** | Rose Hawk |
| **Sent:** | Friday, September 21, 2018 3:06 PM |
| **To:** | Chuck Mascellino |
| **Cc:** | Kevin Meyer |
| **Subject:** | RE: CLERK VACATION DAYS |

Barb is taking October 31st, November 1st and 2nd.
rose

> **From:** Rose Hawk
> **Sent:** Friday, September 21, 2018 2:52 PM
> **To:** Chuck Mascellino <chuck.mascellino@cranberrytownship.org>
> **Cc:** Kevin Meyer <kevin.meyer@cranberrytownship.org>
> **Subject:** CLERK VACATION DAYS
>
> Lori is scheduled for vacation on October 11, 12 and 15.
>
> Barb is going to schedule some days off but hasn't yet. As soon as I get them I will let you know. I told her I need 2 weeks' notice so that Tiffany can be scheduled.



*Rose Hawk*
Manager, Police
Administration
Police
724-776-5180
x1498   *(Fax)* 724-776-0237
CranberryTownship.org

CT0792

**Tammy Corb**

| | |
|---|---|
| **From:** | Chuck Mascellino |
| **Sent:** | Monday, September 24, 2018 5:00 PM |
| **To:** | Kevin Meyer |
| **Subject:** | RE: clerk days off |

Will do.

**From:** Kevin Meyer
**Sent:** Monday, September 24, 2018 3:48 PM
**To:** Chuck Mascellino <Chuck.Mascellino@cranberrytownship.org>
**Subject:** Re: clerk days off

Yes. Provide her with any days available after 2 week notice.

Get Outlook for Android

**From:** Chuck Mascellino
**Sent:** Monday, September 24, 2018 12:21:07 PM
**To:** Kevin Meyer
**Subject:** clerk days off

Do you want me to let Tiffani know about the days that Barb and Lori have taken off?



***Chuck Mascellino***
Sergeant - Support Services
Police
724-776-5180 x1417   *(Fax)* 724-776-0237
CranberryTownship.org

1

CT0793

**Tammy Corb**

| | |
|---|---|
| **From:** | Chuck Mascellino |
| **Sent:** | Thursday, September 27, 2018 9:20 AM |
| **To:** | Tiffani Shaffer |
| **Cc:** | Rose Hawk; Kevin Meyer |
| **Subject:** | clerk's vacations |

Tiffani,
Barb and Lori have vacation days scheduled.  You will be needed to work 2pm – 10pm on the following days:

      October 11
      October 12
      October 15
      October 31
      November 1
      November 2

See me with any questions.
Chuck



**Chuck Mascellino**
Sergeant - Support Services
Police
724-776-5180 x1417   *(Fax)* 724-776-0237
CranberryTownship.org

1

**Tammy Corb**

| | |
|---|---|
| **From:** | Tiffani Shaffer |
| **Sent:** | Thursday, September 27, 2018 1:51 PM |
| **To:** | Chuck Mascellino |
| **Cc:** | Rose Hawk; Kevin Meyer |
| **Subject:** | Re: clerk's vacations |

Thank you for letting me know. I will be putting in 4 hours of comp time on Nov 1 due to an appointment. I have the reality tour tonight so will have that form and the deferral for Labor Day filled out and put in your box.

Also, it's my understanding the reality tour is scheduled on October 18, which I have a prior engagement that has been scheduled. I just wanted to make sure that would not be a problem of me not being able to attend since they do have the pre recorded session in those specific instances that I will not be able to attend.

Thank you!

Get Outlook for iOS

**From:** Chuck Mascellino
**Sent:** Thursday, September 27, 2018 9:19:30 AM
**To:** Tiffani Shaffer
**Cc:** Rose Hawk; Kevin Meyer
**Subject:** clerk's vacations

Tiffani,
Barb and Lori have vacation days scheduled. You will be needed to work 2pm – 10pm on the following days:

     October 11
     October 12
     October 15
     October 31
     November 1
     November 2

See me with any questions.
Chuck



***Chuck Mascellino***
Sergeant - Support Services
Police
724-776-5180 x1417   *(Fax)* 724-776-0237
CranberryTownship.org

CT0795

**Tammy Corb**

| | |
|---|---|
| **From:** | Kevin Meyer |
| **Sent:** | Thursday, October 11, 2018 12:28 PM |
| **To:** | Rose Hawk |
| **Subject:** | RE: VACATION DAY |

Unfortunately this is within the 2 week timeframe required by contract for a schedule change and cannot be assigned to Ofc. Shaffer. Let me know of any other work that arises so I can make a determination as to whether she can work. I am looking for as many opportunities as possible to provide her with hours.
Thanks-

**From:** Rose Hawk
**Sent:** Thursday, October 11, 2018 12:20 PM
**To:** Kevin Meyer <Kevin.Meyer@cranberrytownship.org>
**Subject:** VACATION DAY

Chief,

Barb needs to take a vacation day on October 23rd for an MRI that she was just able to get scheduled for her knee. Is it possible to have Tiffany work that evening?



**Rose Hawk**
Manager, Police Administration
Police
724-776-5180 x1498   *(Fax)* 724-776-0237
CranberryTownship.org

1

CT0796

**Tammy Corb**

| | |
|---|---|
| **From:** | Kevin Meyer |
| **Sent:** | Thursday, October 18, 2018 10:52 AM |
| **To:** | Rose Hawk |
| **Subject:** | Re: VACATION DAYS |

Absolutely. Let Sgt. Mascellino know so he can make her aware and get it scheduled.
Thanks,
Chief

Get Outlook for Android

---

**From:** Rose Hawk
**Sent:** Thursday, October 18, 2018 10:40:22 AM
**To:** Kevin Meyer
**Subject:** VACATION DAYS

Chief,

Lori has requested the following vacation days:   November 9 & 12
                                                                            December 7 & 10

Can Tiffany work?



**Rose Hawk**
Manager, Police Administration
Police
724-776-5180 x1498   *(Fax)* 724-776-0237
CranberryTownship.org

1

**Tammy Corb**

| | |
|---|---|
| **From:** | Kevin Meyer |
| **Sent:** | Tuesday, October 23, 2018 2:24 PM |
| **To:** | Rose Hawk |
| **Cc:** | Chuck Mascellino |
| **Subject:** | RE: TIFFANY |

Sure. Get with Sgt. Mascellino to have her scheduled.

**From:** Rose Hawk
**Sent:** Tuesday, October 23, 2018 2:22 PM
**To:** Kevin Meyer <Kevin.Meyer@cranberrytownship.org>; Chuck Mascellino
<Chuck.Mascellino@cranberrytownship.org>
**Subject:** TIFFANY

Lori needs to take November 20th off. Can I get Tiffany scheduled to work that day?



**Rose Hawk**
Manager, Police Administration
Police
724-776-5180 x1498   *(Fax)* 724-776-0237
CranberryTownship.org

1

CT0798

**Tammy Corb**

| | |
|---|---|
| **From:** | Kevin Meyer |
| **Sent:** | Monday, October 29, 2018 8:43 AM |
| **To:** | Rose Hawk |
| **Subject:** | RE: OFFICE VACATION DAYS |

Yes. I will let her know.

**From:** Rose Hawk
**Sent:** Monday, October 29, 2018 7:12 AM
**To:** Kevin Meyer <Kevin.Meyer@cranberrytownship.org>; Chuck Mascellino
<Chuck.Mascellino@cranberrytownship.org>
**Subject:** OFFICE VACATION DAYS

Barb is taking the following as vacation days. Can Tiffany work?

November 16
December 3 & 4



***Rose Hawk***
Manager, Police Administration
Police
724-776-5180 x1498   *(Fax)* 724-776-0237
CranberryTownship.org

1

CT0799

**Tammy Corb**

| | |
|---|---|
| **From:** | Kevin Meyer |
| **Sent:** | Monday, October 29, 2018 8:47 AM |
| **To:** | Tiffani Shaffer |
| **Cc:** | Chuck Mascellino |
| **Subject:** | Work Opportunities |

Tiffani,
How is it going? Hope all is well with the pregnancy.
Barb will be taking vacation November 16, December 3 and December 4.  Would you be able to work 2-10 these days?
Let me know and we'll get you on the schedule.
Take care,
Chief



***Kevin Meyer***
Chief of Police
Police
724-776-5180 x1416   *(Fax)* 724-776-0237
CranberryTownship.org

1

**Tammy Corb**

| | |
|---|---|
| **From:** | Tiffani Shaffer |
| **Sent:** | Thursday, November 1, 2018 3:38 PM |
| **To:** | Stacy Goettler |
| **Cc:** | Kevin Meyer |
| **Subject:** | Vacation Time 2019 |

Stacy,

As per our earlier conversation, I would like to bank 40 hours of my vacation time to not be used during my FMLA leave.  Please let me know if you need anything further from me regarding this.

Thank You,



*Tiffani Shaffer*
Patrolman
Police
724-776-5180 x1447    *(Fax)* 724-776-0237
CranberryTownship.org

1

CT0801

**Tammy Corb**

| | |
|---|---|
| **From:** | Rose Hawk |
| **Sent:** | Friday, November 2, 2018 9:57 AM |
| **To:** | Kevin Meyer |
| **Cc:** | Chuck Mascellino; William Ahlgren |
| **Subject:** | VACATION DAYS |

The following are days that Lori and Barb have requested off. I know that Tiffany has been scheduled for most of them, but there are 1 or 2 that I'm not sure of.

| Lori | November 9, 12, 20 & 21 |
|---|---|
| | December 7, 10 |
| Barb | November 16 |
| | December 3, 4, |

It's heading into the end of the year and I have vacation days to use or lose. These are the days I will be off:

November 7, 14, 26, & 30
December 5, 13, 14, 17, 21, 28, & 31

If any thing changes I'll let you know.



*Rose Hawk*
Manager, Police Administration
Police
724-776-5180 x1498    *(Fax)* 724-776-0237
CranberryTownship.org

CT0802

**Tammy Corb**

| | |
|---|---|
| **From:** | Kevin Meyer |
| **Sent:** | Friday, November 2, 2018 10:02 AM |
| **To:** | Tiffani Shaffer |
| **Cc:** | Rose Hawk; Chuck Mascellino |
| **Subject:** | Clerk Vacation Days |

Tiffani,
See the message from Rose below. I wanted to make sure you know you are needed on these days. Let Sgt. Mascellino know if you have any conflicts.
Thanks,
Chief


The following are days that Lori and Barb have requested off. I know that Tiffany has been scheduled for most of them, but there are 1 or 2 that I'm not sure of.

     Lori     November 9, 12, 20 & 21
                  December 7, 10
     Barb    November 16
                  December 3, 4,




**Kevin Meyer**
Chief of Police
Police
724-776-5180 x1416   *(Fax)* 724-776-0237
CranberryTownship.org

CT0803