IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIFFANY M. SHAFFER, | Civil Action |
| Plaintiff, | No.  19-1481 |
| v. | |
| CRANBERRY TOWNSHIP, | Judge Wiegand |
| Defendant. | JURY TRIAL DEMANDED |

**APPENDIX TO PLAINTIFF'S OPPOSITION
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

1. Declaration of Tiffani M. Shaffer

2. Declaration of Mark Shields

3. Defendant's Supplemental Answers to First Interrogatories and Requests

4. Defendant's Answers to Plaintiff's Second Interrogatories and Requests

5. Email re Mark Shields Dated August 7, 2015

6. Shields Return to Work Letter Dated October 19, 2015

7. Letter to W. Roberts dated August 7, 2015

8. Letter to J. Kobistek dated February 5, 2015

9. Excerpt from Collective Bargaining Agreement

10. Shaffer's Original EEOC Charge and Inquiry