# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TIFFANI M. SHAFFER,
    Plaintiff,
v.
CRANBERRY TOWNSHIP,
    Defendant.

Civil Action
No. 19-1481
Judge Wiegand

## DECLARATION OF MARK SHIELDS

I, Officer Mark Shields, make the following declaration:

1. When I worked in a light duty capacity for the Cranberry Township police department in 2015, I was not assigned to work in the detectives' office. Chief Meyer never directed me to work in the detectives' office, and never gave me any specific assignments related to assisting the detectives.

2. While on light duty, I worked in the computer room that patrol officers use, and primarily assisted patrol officers.

3. I made myself available to the detectives if they needed any help, but I did not do work for detectives with any regularity, nor was I asked to do so.

4. At no time during my light duty did my schedule have anything to do with the schedules of the clerical staff.

5. I am also not aware of any officer on light duty having their in-office time limited to only when one of the clerical staff was off work. *other than TIFFANY SHAFFER MS-*

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

_2·20·21_
Date

_/s/ Mark Shields_
Mark Shields