**Donaldson, Betty**

| | |
|---|---|
| **From:** | Leslie Thomas <lthomas@homsinc.net> |
| **Sent:** | Wednesday, September 30, 2015 8:27 AM |
| **To:** | eshreve@pnat.com |
| **Cc:** | Donaldson, Betty |
| **Subject:** | Mark Shields, ▉▉▉▉▉▉▉▉▉▉▉▉ |
| **Attachments:** | Cranberry Township Police Essential Duties APPENDIX 4.docx |

Elizabeth,

Attached are the claimant's essential job duties when released to full duty. Below are the duties he may perform in a modified duty position. Betty, please let me know if you will be bringing the claimant back to perform the duties listed below, now that he is released to sedentary duty.

Regards,

Leslie Thomas, RN, CCM
HOMS, Inc.
1970 Technology Parkway
Suite 100
Mechanicsburg, PA 17050
Cell # 814-240-9665
Office/Fax # 814-347-5209

---

**From:** Donaldson, Betty [Betty.Donaldson@cranberrytownship.org]
**Sent:** Friday, August 7, 2015 9:32 AM
**To:** Leslie Thomas
**Subject:** Mark Shields-▉▉▉▉▉

Leslie, here is the information that you requested:

Essential duties of a police officer are <u>attached</u>.

If provided a light duty assignment, Mark would be performing the following duties:
1. Handle and document telephone calls on station that would otherwise require a duty officer's response.
2. Handle and document walk-in complaints that would otherwise require a duty officer's response. These can be handled through the reception window.
3. Correct and merge addresses in the RMS.
4. Conduct any relevant or required on-line training.


*Betty A. Donaldson*
Administrative Assistant, Human Resources
Cranberry Township, Butler County, PA
724-776-4806 x 1179
www.cranberrytownship.org



CRANBERRY
built for you.

1

CT1308