**CONFIDENTIAL**



http://www.cranberrytownship.org
2525 Rochester Road
Cranberry Township, PA 16066-6499

*Administration* suite 400   p 724.776.4806   f 724.776.5488
*Police* suite 500   p 724.776.5180   f 724.776.0237
*Public Works* suite 400   p 724.776.4806   f 724.776.6199

October 19, 2015

Mark Shields

RE: Return to Work

Dear Mr. Shields:

I am the Director of Human Resources and Legal Affairs, replacing Mr. Cibella upon his retirement. I am in receipt of your return to work information, as attached. The Police Department has limited sedentary duty that meets your restrictions. Therefore, you are to return to work by October 22, 2015, and report to Chief Meyer who will give you your assignments at that time. You will be scheduled to work a 5 day schedule from 12:00 pm to 4:00 pm, Monday through Friday, until further notice. Your assignments will be reevaluated in 6 weeks, if you are not released to full duty prior to that time. If you are to attend follow up appointments or physical therapy, please do your best to schedule the appointments in the morning before your scheduled work time, and if you are unable to do so let the Chief know as soon as possible.

At this time, you will continue to be paid in accordance with the Heart and Lung Act and the Workers' Compensation Act on the Townships payroll schedule. Please continue to timely remit the workers' compensation payments to the Township. If you have questions about your pay, contact me or Beverly Lang.

Please feel free to contact me with any questions regarding the contents of this letter, or other issues related to your work with the Township. I look forward to working with you in the future.

Very truly yours,

Neva Stotler
Director, Human Resources/Legal Affairs

bd
Enclosure
c: Kevin Meyer

CRANBERRY TOWNSHIP built for you.

CT1304