

http://www.cranberrytownship.org
2525 Rochester Road
Cranberry Township, PA 16066-6499

Administration suite 400   p 724.776.4806   f 724.776.5488
Police suite 500   p 724.776.5180   f 724.776.0237
Public Works suite 400   p 724.776.4806   f 724.776.6199

August 7, 2015

William Roberts

Subject: Return to Work

Officer Roberts, Bill

    This letter is to confirm our phone conversation yesterday regarding your return to work on Monday August 10, 2015. As we discussed, you will be working 8am-4 pm, M-F in a light duty capacity, consistent with your release to return to work issued by PA ▮▮▮▮ dated July 23, 2015. Your responsibilities will include answering phones and handling walk-in complaints as well as any other general office duties that can be completed in a sedentary fashion. Although we expect to have you work in this manner until you are cleared to return to full duty, remember that there is no guarantee of permanent light duty work and the opportunity may cease at any time.

    I realize that you will continue with prescribed physical therapy and will provide you with the ability to attend these sessions as scheduled. You indicated that you are currently scheduled for therapy on Tuesday and Thursday from noon-1pm. Please let me know if this changes.

    I'm glad to hear that your pain has subsided and you continue to recover from your injury. Please let me know at once if you experience any difficulty in performing your assigned responsibilities. We look forward to having you back to work!

Sincerely,

Chief Meyer

CRANBERRY TOWNSHIP built for you.

CT1323