

http://www.cranberrytownship.org
2525 Rochester Road
Cranberry Township, PA 16066-6499

*Administration* suite 400  p 724.776.4806  f 724.776.5488
*Police* suite 500  p 724.776.5180  f 724.776.0237
*Public Works* suite 400  p 724.776.4806  f 724.776.6199

February 5, 2015

REGULAR AND CERTIFIED MAIL (7010 2780 0001 8365 4747)

Jeffrey Kobistek

Dear Jeff:

We were pleased to receive the communications from your physician releasing you to return to work in a sedentary position. We know this has been a long road for you and that much more work is ahead for you to obtain more improvement in your condition. Enclosed for your review, please find another copy of the "Notice of Ability to Return to Work (LIBC-767)" and Dr. ▇▇▇'s note from January 15, 2015, which were previously forwarded to your attention.

Based on the restrictions we have received from Dr. ▇▇▇▇▇▇▇▇ at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ at this time, we are able to place you in our temporary, modified duty work program with the Cranberry Township Police Department (enclosed). Given the information obtained from your physician, Chief Meyer has identified temporary light duties consistent within your restrictions. Since you are not capable of performing the essential duties and functions of a police officer, even with reasonable accommodations, this job involves performing administrative duties such as handling and documenting calls on station that would otherwise require a duty officer's response, report filing, data entry, and corrections and merging addresses in the RMS.

Your doctor has not placed any restrictions on the number of hours you can work, but we have set the initial hours at four hours per day, five days a week to allow you to adjust to returning to work. We will begin increasing your work hours until you are working "full time" hours.

You are not authorized to wear a police uniform or be armed in this light duty assignment. You will be paid at your regular rate of pay for the hours worked in this temporary position. You will continue to receive Heart and Lung and Workers' Compensation Benefits for the remaining hours of your normal work week, until further notice.

A copy of the essential duties of an officer's position is enclosed for the reference of your physician(s). As stated earlier, this is a temporary position, and we should be able to modify your duties if your doctor modifies your work restrictions. Please see the information on the following page, which provides the details of the modified duty position.

February 5, 2015
Jeffrey Kobistek
Page Two

| | |
|---|---|
| Date to report to work: | Monday, February 16, 2015 |
| Days/hours of work: | Monday-Friday, 8:00 a.m.-12:00 p.m. |
| Rate of pay: | $39.266/hr. |
| Return to work capacity: | With the restrictions established by Dr. ▊▊▊▊▊▊▊▊▊▊▊▊▊▊. Please see enclosed Doctor's Workers' Compensation Status Update Form. |
| Location: | Cranberry Township Police, 2525 Rochester Rd., Cranberry Township, PA 16066 |
| Position: | Perform administrative duties such as handling and documenting calls on station that would otherwise require a duty officer's response, report filing, data entry, corrections and merging addresses in the RMS. |
| Report to: | Chief Kevin Meyer |

The above mentioned temporary, modified duty position is within the physical parameters established by Dr. ▊▊▊▊. Failure to return to work as requested above could jeopardize your receipt of Workers' Compensation benefits. Cranberry Township will adhere to your physician's stated physical restrictions. If you believe a certain job duty exceeds your medical restrictions, please see Chief Meyer as soon as possible to discuss.

Please be advised that you need to schedule your physical therapy and all other medical treatment outside of the time you are scheduled to report to work. If there is a conflict with the medical provider's office hours that cannot be resolved, we will make every effort to provide you a flexible schedule. Regardless, you are expected to work your full modified duty hours.

We look forward to having you back and working with us. If you have any questions, please feel free to contact me at 724-776-4806 x 1130.

Very truly yours,

Richard S. Cibella
Director, Human Resources/Labor Relations

Enclosures: Notice of Ability to Return to Work Form (LIBC-757) previously forwarded to you
Dr. ▊▊▊▊'s note, 1/15/15, previously forwarded to you.

CT1314

CONFIDENTIAL

February 5, 2015
Jeffrey Kobistek
Page Three

c:	Jerry Andree
	Bert Bertoncello
	Jeff Schueler
	Kevin Meyer
	Atty. R. Russell Lucas, CDBP&M
	Atty. Richard J. McCracken, Post & Schell
	Debra Roberts, KMIT
	Elizabeth Shreve, Inservco Insurance

CT1315