IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIFFANI M. SHAFFER,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CRANBERRY TOWNSHIP,<br><br>　　　　　Defendant. | 2:19-CV-01481-CCW |

**MINUTE ENTRY**
**OCTOBER 14, 2021, TELEPHONIC STATUS CONFERENCE**
Before Judge Christy Criswell Wiegand

Appearing for Plaintiff:　　　　　　　　Appearing for Defendant:

Christine Elzer, Esq.　　　　　　　　　Teresa Sirianni, Esq.
　　　　　　　　　　　　　　　　　　　Morgan Randle, Esq.

| | | | |
|---|---|---|---|
| Conference Began: | 9:01 a.m. | Adjourned to: | N/A |
| Conference Ended: | 9:09 a.m. | Stenographer: | N/A |
| | | Clerk: | Hugh McKeegan |

The Court held a Telephonic Status Conference with the parties.

An appropriate order referring the case to a judicial settlement conference will follow.

cc (via ECF email notification):

All Counsel of Record