Meeting with Tiffani Shaffer 07/26/18
In Attendance:
    Stacy Goettler, Manager, Human Resources
    Kevin Meyer, Chief of Police

We met with Tiffani Shaffer to discuss her schedule and the work available to her. She mentioned she was working on her cases and was pretty caught up. She has also been covering shifts for Barb and Lori while they have been on vacation. She mentioned that she was covering a shift for Barb on August 22nd and asked if she could work Barb's actual shift. Previously, she has been scheduled 4-10, Barb works 2-10. Kevin told her he didn't have a problem with it. She appreciated it and said it would help her get more hours that week. Kevin told her she would be working the evening of August 7th for the Community Night Out program at Target.

Chief Meyer also discussed the fingerprint details. He was concerned about her being in an environment with known criminals where there is a potential for violence and possibly a requirement to make an arrest. While her doctor approved for her to provide fingerprinting services, she also determined she wasn't able to make an arrest. For these reasons, she would not be able to work the fingerprint details. Tiffani questioned whether she would still be able to provide civil fingerprints and Chief Meyer agreed that she could.

Chief Meyer talked to Tiffani about her recent timesheet, she worked a fingerprinting detail and chose to defer the hours for the pay date of July 27th. He told her she was unable to defer overtime hours because they weren't overtime hours. To do so, she would have to work 40 hours in a week. She said she was not aware that she was unable to defer the overtime. She asked why she was able to defer her holiday hours for the 4$^{th,}$ but she didn't work that day. Chief Meyer said he would look into it and get back to her, but moving forward, she can't defer overtime unless she works more than 40 hours in a week.

Chief Meyer told Tiffani to keep an open dialog with him and he would do the same. He would schedule her work as it becomes available. He asked her if she had any ideas for work assignments. She mentioned that Corporal Och said she could burn DUI DVD's, he said it typically takes 12 hours for him to do this. If she helps him, it would alleviate him from this and he can do other work. Chief Meyer said he would look into it and get back to her. She also mentioned that when she works the desk, she can help other officers out by answering the phones and assisting with walk-ins. Chief Meyer said that there is no need for him to schedule her to work the desk unless Barb or Lori are off. He wouldn't need an officer that day if he scheduled her to take their calls. They would take advantage of it and be unproductive. Tiffani also suggested she could work for the detectives, conducting follow-up investigations to the cases assigned to their office. The Chief explained that this wasn't necessary, and officers assigned to investigations need to have 5 years of service with the department prior to working in that capacity. The Chief did assign Tiffani two (2) PICS investigations in recent days and she will continue to receive this work when they come in from PSP.

We spoke with Tiffani about the EEOC complaint we received, what triggered the complaint and is there something we could do to correct it. She said she was given the advice to file the complaint to "protect

CT0811

herself." She mentioned several employees received a consistent schedule and hours when they were on light duty for workers' comp. Stacy Goettler asked her who she was referring to. She said Jeff Kobistek and Mark Shields worked Monday-Friday. She said they had a consistent schedule. She also mentioned that Officer Jo Ellen (Maughn) worked a desk job when she was pregnant over 20 years ago. Chief Meyer said he was not going to speak on that, he wasn't here during that time, but from what he knows, she assisted with the DARE program along with Sgt. Dave Lewis (retired). The Chief explained that we no longer have a DARE program so working in this capacity is not a possibility. She said that Jerry Andree was the administrator at the time, and he still is, and he should have a policy in place to address pregnancy. If he was there then and knew about it, he should do the same now.

Stacy Goettler asked Tiffani what type of work schedule she was looking for, and she stated she wanted 40 hours a week and a consistent work schedule. She wants to know when she is going to work. Chief Meyer told her he will continue to give her work as it becomes available and give her notice a week ahead of time. She then questioned what she was going to work the following day (Friday 7/27). The Chief told her to report at 8a and work until noon and advised she can continue working on the assigned PICS investigations.

We told Tiffani to keep us up-to-date if anything changes with her medically, or if she has any updates from her doctor. She did mention that she is now showing and not comfortable working patrol. We ended the conversation by letting her know our intent was to not have her go back on patrol while pregnant, but to maintain an open dialog with us if anything changes with her medically, or she has any additional suggestions for work assignments.