IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIFFANI M. SHAFFER, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No: 19-1481 |
| | ) | |
| v. | ) | District Judge Christy Criswell |
| | ) | Wiegand |
| CRANBERRY TOWNSHIP, | ) | |
| | ) | **ELECTRONICALLY** |
| Defendant. | ) | **FILED** |
| | ) | |
| | ) | **JURY TRIAL DEMANDED** |

## JOINT EXHIBIT LIST

### Joint Exhibits

| EXHIBIT # | DATE | AUTHOR | TYPE OF DOCUMENT | OBJECTION (AUTHENTICITY) | OBJECTION (ADMISSIBILITY) |
|---|---|---|---|---|---|
| J1 | Various | Cranberry Township and Dr. Udrea | Essential Duties List with Doctor's Notes (CT0001-6) | | |
| J2 | June 8, 2018 | Dr. Udrea | Letter from Dr. Udrea dated June 8, 2018 (CT_714) | | |

| EXHIBIT # | DATE | AUTHOR | TYPE OF DOCUMENT | OBJECTION (AUTHENTICITY) | OBJECTION (ADMISSIBILITY) |
|---|---|---|---|---|---|
| J3 | 06/22/18 | S. Goettler | Letter from Goettler to Shaffer dated June 22, 2018 (CT0715-716) | | |
| J4 | Dated July 11, 2018; Received July 13, 2018 | EEOC | Notice of Charge of Discrimination received by Defendant (ECF No. 40-9) | | |
| J5 | July 24, 2017 – July 9, 2018 | K. Meyer / M. Irvin / J. Panepinto | Emails between Meyer and Shaffer re "Schedule" (CT_644-645) | | |
| J6 | July 24, 2017 | K. Meyer / M. Irvin / J. Panepinto | Emails between Meyer and Shaffer re "PICS Investigation OC" (CT_774-75) | | |
| J7 | August 1-3, 2018 | K. Meyer / Ms. Shaffer | Emails between Meyer and Shaffer re "Friday 8/3" (CT_631-632) | | |
| J8 | August 7-9, 2018 | K. Meyer / Ms. Shaffer | Emails between Meyer and Shaffer re "8/9" (CT0585-588) | | |
| J9 | July 29, 2018 | K. Meyer / Ms. Shaffer | Emails between Meyer and Shaffer re "Schedule" (CT0599) | | |

| EXHIBIT # | DATE | AUTHOR | TYPE OF DOCUMENT | OBJECTION (AUTHENTICITY) | OBJECTION (ADMISSIBILITY) |
|---|---|---|---|---|---|
| J10 | September 6, 2018 | K. Meyer | Letter to Shaffer dated September 6, 2018 (SHAFFER000095) | | |
| J11 | December 12, 2017 | Cranberry Township and Police Association | Excerpt from Collective Bargaining Agreement (CT 884-912) | | |
| J12 | October 11, 2018 | R. Hawk / K. Meyer | Emails between R. Hawk and Meyer re "VACATION DAY" (CT0796) | | |
| J13 | 02/21/14 | Kevin Meyer | Memorandum re J. Kobistek dated February 18, 2015 (SHAFFER00175) | | |
| J14 | 02/18/15 | Kevin Meyer | Memorandum re R. Evanson dated February 21, 2014 (SHAFFER00174) | | |
| J15 | Various | Ms. Shaffer | Shaffer's Time Sheets (CT0530-557) | | |
| J16 | Various | M. Shields | Shields' Time Sheets (CT0994-1003) | | |
| J17 | Various | W. Roberts | Roberts' Time Sheets (1106-1175) | | |

| EXHIBIT # | DATE | AUTHOR | TYPE OF DOCUMENT | OBJECTION (AUTHENTICITY) | OBJECTION (ADMISSIBILITY) |
|---|---|---|---|---|---|
| J18 | Various | J. Kobistek | Kobistek's Time Sheets (CT1176-1201) | | |
| J19 | Various | R. Evanson | Evanson's Time Sheets (CT1227-1282) | | |
| J20 | July 2, 2018 | Ms. Shaffer | Shaffer's Original EEOC Charge and Inquiry (SHAFFER000001-4) | | |
| J21 | November 7, 2018 | Ms. Shaffer | Shaffer's Amended EEOC Charge (SHAFFER000007-8) | | |
| J22 | June 15, 2018 | K. Meyer / M. Irvin | June 15, 2018 Email Chain re: PICS Cases (CT_608) | | |
| J23 | July 24, 2018 | K. Meyer / M. Irvin / J. Panepinto | July 24, 2018 Email Chain re: PICS Investigation OC Bullington (CT_742-743) | | |
| J24 | July 25, 2018 | K. Meyer / Ms. Shaffer | July 25, 2018 Email Chain re: tomorrow (CT_600) | | |
| J25 | July 29-30, 2018 | Ms. Shaffer / K. Meyer | July 30, 2018 Email Chain re: Schedule (CT_750) | | |
| J26 | August 31 – September 3, 2018 | K. Meyer / Ms. Shaffer | September 3, 2018 Email Chain re: ID Card (CT_781-782) | | |

| Exhibit # | Date | Author | Type of Document | Objection (Authenticity) | Objection (Admissibility) |
|---|---|---|---|---|---|
| J27 | Various | Ms. Shaffer | Ms. Shaffer's Typed Notes (SHAFFER_157-165) | | |
| J28 | Various | K. Meyer | Chief Meyers' Notes (CT808-810) | | |

**Plaintiff's Exhibits**

| Exhibit # | Date | Author | Type of Document | Objection (Authenticity) | Objection (Admissibility) |
|---|---|---|---|---|---|
| P29 | August 7-8, 2018 | K. Meyer / Ms. Shaffer | Emails between Meyer and Shaffer re "8/8" (CT0590-591) | | |
| P30 | Various | Ms. Shaffer / C. Mascellino | Text messages between Shaffer and Mascellino (SHAFFER000191) | | |
| P31 | August 7, 2015- September 30, 2015 | L. Thomas, B. Donaldson | Email re Mark Shields (CT1308) | | |
| P32 | October 19, 2015 | Neva Stottler | Shields Return to Work Letter Dated October 19, 2015 (CT1304) | | |
| P33 | August 7, 2015 | K. Meyer | Letter to W. Roberts dated August 7, 2015 (CT1323) | | |

| Exhibit # | Date | Author | Type of Document | Objection (Authenticity) | Objection (Admissibility) |
|---|---|---|---|---|---|
| P34 | February 5, 2015 | Richard Cibella | Letter to J. Kobistek dated February 5, 2015 (CT1313-1315) | | |
| P35 | Unknown | Plaintiff's Counsel | Chart Set forth on Page 9 above (per Fed. R. Evid. 1006) | | **Defendant's Position: Defendant objects to this chart and has filed a corresponding motion in limine.** |
| P36 | September 18, 2020 and October 19, 2020 | Cranberry Township | Defendant's Answers and Supplemental Answers to Plaintiff's First Interrogatories and Requests | | |
| P37 | December 10, 2020 | Cranberry Township | Defendant's Answers to Plaintiff's Second Interrogatories and Requests | | |
| P38 | Unknown | Cranberry Township | Shaffer's W-2s from 2018 and 2019 (SHAFFER000061-62) | | |
| P39 | Various | Cranberry Township | Shaffer's 2018 Paycheck History (SHAFFER000140-154) | | |
| P40 | May 14, 2018 | S. Goettler / Ms. Shaffer | Text Messages between Shaffer and Goettler (SHAFFER000183) | | |

| EXHIBIT # | DATE | AUTHOR | TYPE OF DOCUMENT | OBJECTION (AUTHENTICITY) | OBJECTION (ADMISSIBILITY) |
|---|---|---|---|---|---|
| P41 | July 23, 2018 | B. Bertoncello | Email from B. Bertoncello to EEOC (SHAFFER EEOC000027) | | |

**Defendant's Exhibits**

| EXHIBIT # | DATE | AUTHOR | TYPE OF DOCUMENT | OBJECTION (AUTHENTICITY) | OBJECTION (ADMISSIBILITY) |
|---|---|---|---|---|---|
| D42 | 02/08/21 | Ms. Shaffer | Ms. Shaffer's Answers to Defendant Township's First Set of Interrogatories (ECF 40-6) | | |
| D43 | 10/16/20 | Plaintiff | Ms. Shaffer's Responses to Defendant Township's First Set of Request for Production | | |
| D44 | 2018 | Cranberry Township | Ms. Shaffer's 2018 Pay Sheets (ECF 40-4) | | |
| D45 | May 21-22, 2018 | A. Bell / T. Fessides | May 22, 2018 Email Chain re: CT Police Recognition (CT_648) | | |
| D46 | June 18, 2018 | K. Meyer | June 18, 2018 Email re: Barb/Lori Time Off (CT_647) | | |

| EXHIBIT # | DATE | AUTHOR | TYPE OF DOCUMENT | OBJECTION (AUTHENTICITY) | OBJECTION (ADMISSIBILITY) |
|---|---|---|---|---|---|
| D47 | June 22, 2018 | S. Goettler | June 22, 2018 Email re: Shaffer Modified Duty Letter (CT_607) | | |
| D48 | June 22, 2018 | K. Meyer | June 22, 2018 Email Chain re: Ms. Shaffer's time (CT_569) | | |
| D49 | July 9, 2018 | K. Meyer / Cindy Koss | July 9, 2018 Email Chain re: Graham School (CT_604) | | |
| D50 | July 10, 2018 | K. Johanknecht / K. Meyer | July 16, 2018 Email Chain re: Reality Tour (CT_641) | | |
| D51 | July 27, 2018 | K. Meyer | July 27, 2018 Email re: Deferring Time (CT_637) | | |
| D52 | August 9, 2018 | K, Meyer | August 9, 2018 Email Chain re: eTrace Registration (CT_624) | | |
| D53 | September 5, 2018 | K. Meyer / Ms. Shaffer | September 5, 2018 Email Chain re: Question (CT_580) | | |
| D54 | September 17-18, 2018 | Ms. Shaffer / K. Meyer | September 18, 2018 Email Chain re: Reality Tour (CT_578) | | |

| Exhibit # | Date | Author | Type of Document | Objection (Authenticity) | Objection (Admissibility) |
|---|---|---|---|---|---|
| D55 | September 21, 2018 | R. Hawk | September 21, 2018 Email Chain re: Clerk Vacation Days (CT_577) | | |
| D56 | September 24, 2018 | C. Mascellino / K. Meyer | September 24, 2018 Email Chain re: Clerk Days Off (CT_615) | | |
| D57 | September 27, 2018 | C. Mascellino / Ms. Shaffer | September 27, 2018 Email Chain re: Clerk's Vacations (CT_613) | | |
| D58 | October 18, 2018 | K. Meyer / R. Hawk | October 18, 2018 Email Chain re: Vacation Days (CT_612) | | |
| D59 | October 23, 2018 | K. Meyer / R. Hawk | October 23, 2018 Email Chain re: Ms. Shaffer's (CT_574) | | |

| Exhibit # | Date | Author | Type of Document | Objection (Authenticity) | Objection (Admissibility) |
|---|---|---|---|---|---|
| D60 | October 29, 2018 | K. Meyer | October 29, 2018 Email re: Work Opportunities (CT_573) | | |
| D61 | October 29, 2018 | K. Meyer / R. Hawk | October 29, 2018 Email Chain re: Office Vacation Days (CT_611) | | |
| D62 | November 2, 2018 | K. Meyer | November 2, 2018 Email Chain re: Clerk Vacation Days (CT_609) | | |
| D63 | November 2, 2018 | R. Hawk | November 2, 2018 Email re: Vacation Days (CT_802) | | |
| D64 | Various | S. Goettler | Stacy Goettler's Typed Notes (CT_811-12) | | **Plaintiff's Position: This would be self-serving hearsay if offered by Defendant for its truth, but not if offered by Plaintiff.**<br><br>**Defendant's Position: This is admissible under 803(1), 803(6) and/or 803(5).** |

| Exhibit # | Date | Author | Type of Document | Objection (Authenticity) | Objection (Admissibility) |
|---|---|---|---|---|---|
| D65 | 2020 | K. Meyer | List of Patrol Officers and Seniority (CT_913) | | |
| D66 | TBD | Cranberry Township and Defense Counsel | A Chart to rebut Ms. Shaffer's proposed Chart at page 9 of Ms. Shaffer's Pretrial Statement | **Plaintiff's Position: Plaintiff reserves the right to object to this pending receipt of same.** | **Plaintiff's Position: Plaintiff reserves the right to object to this pending receipt of same.** |