# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIFFANI M. SHAFFER, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No:  19-1481 |
| | ) | |
| v. | ) | District Judge Christy Criswell Wiegand |
| | ) | |
| CRANBERRY TOWNSHIP, | ) | **ELECTRONICALLY FILED** |
| | ) | |
| Defendant. | ) | **JURY TRIAL DEMANDED** |

**CRANBERRY TOWNSHIP'S MOTION FOR LEAVE TO FILE A SUR-REPLY TO PLAINTIFF'S REPLY BRIEF IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE REFERENCES TO UNEMPLOYMENT COMPENSATION AND FILE AN ADDITIONAL MOTION IN LIMINE RELATIVE TO THE FAILURE TO HAVE A LIGHT DUTY POLICY**

Defendant, Cranberry Township, by undersigned counsel, files this Motion for Leave to File a Sur-Reply to the Motion in Limine to Exclude References to Unemployment Compensation and Motion in Limine to Exclude Evidence Relative to the Light Duty Policy, and in support states the following:

1. On March 14, 2022, Plaintiff filed a Motion in Limine to Exclude References to Unemployment Compensation and a supporting Brief.  *See* ECF 80.

2. On March 22, 2022, Defendant filed a Brief in Opposition to Plaintiff's Motions in Limine.  *See* ECF 83.

3. On March 23, 2022, Plaintiff sought leave to file a Reply Brief in support of the Motion in Limine to Exclude References to Unemployment Compensation.  *See* ECF 85.

4. On March 24, 2022, this Court granted Plaintiff's Motion for Leave to File a Reply Brief and Plaintiff filed the same.  *See* ECF 86-87.

5. Thereafter, a partial change in counsel resulted in a Motion to Withdraw an Appearance and a Notice of Appearance on behalf of Defendant.  *See* ECF 88 and ECF 90.

6. Defendant believes that additional objections will be raised at trial relative to issues surrounding unemployment compensation and the failure to have a light duty policy and therefore believes that it is more efficient to have the Court rule on those issues now instead of raising them before the jury.

7. This request for leave to file the Sur-Reply and the additional Motion in Limine will not cause prejudice or undue delay, given that it is being filed prior to the pre-trial conference and prior to this Court's ruling on any of the Motions in Limine.

WHEREFORE, Defendant respectfully requests leave to file the attached Sur-Reply and Motion in Limine.

Respectfully submitted,

**MARSHALL DENNEHEY
WARNER COLEMAN & GOGGIN**

BY:   *s/ Estelle K. McGrath*
ESTELLE K. McGRATH, ESQUIRE
PA ID # 87799
**Counsel for Defendant, Cranberry Township**
Union Trust Building
501 Grant Street, Suite 700
Pittsburgh, PA  15219
(412) 803-1186
(412) 803-1188/fax
ekmcgrath@mdwcg.com

LEGAL/146706089.v1