# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIFFANI M. SHAFFER, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No: 19-1481 |
| | ) | |
| v. | ) | District Judge Christy Criswell Wiegand |
| | ) | |
| CRANBERRY TOWNSHIP, | ) | **ELECTRONICALLY FILED** |
| | ) | |
| Defendant. | ) | **JURY TRIAL DEMANDED** |

## CERTIFICATE OF MEET AND CONFER

Undersigned defense counsel hereby certifies that on June 9, 2022, she conferred with Plaintiff's counsel to resolve pre-trial issues regarding the Motion for Leave to File a Sur Reply concerning ECF 87 and a Motion in Limine to Exclude Evidence Relative To a Failure to Have a Light Duty Policy. The parties were unable to reach a resolution and Plaintiff opposes the late filings.

                                             **MARSHALL DENNEHEY**
                                             **WARNER COLEMAN & GOGGIN**

BY:   *s/ Estelle K. McGrath*
           ESTELLE K. McGRATH, ESQUIRE
           PA ID # 87799
           **Counsel for Defendant, Cranberry Township**
           Union Trust Building
           501 Grant Street, Suite 700
           Pittsburgh, PA 15219
           (412) 803-1186
           (412) 803-1188/fax
           ekmcgrath@mdwcg.com