IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIFFANI M. SHAFFER, | ) | |
| | ) | |
| | ) | 2:19-CV-01481-CCW |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CRANBERRY TOWNSHIP, | ) | |
| | ) | |
| Defendant. | ) | |

**VERDICT FORM**

1. Do you find, by a preponderance of the evidence, that Cranberry Township discriminated against Tiffani M. Shaffer ("Ms. Shaffer") because of her pregnancy by treating her less favorably than nonpregnant employees similar in their ability or inability to work?

   _____YES  _____NO

**Please continue to Question 2.**

2. Do you find, by a preponderance of the evidence, that Cranberry Township retaliated against Ms. Shaffer because she filed a charge of discrimination with the EEOC?

   _____YES  _____NO

**If you answered YES to EITHER Question 1 OR Question 2, proceed to Question 3. If you answered NO to BOTH Questions 1 AND 2, STOP and NOTIFY the Court that you have reached your verdict.**

3. What amount of compensatory damages, if any, do you award to Ms. Shaffer for emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, and/or other non-monetary loss?

$_____

**STOP. Notify the Court that you have reached your verdict.**

SO SAID BY ALL.

Dated: _____

Signed by all jurors:

_____
Jury Foreperson

_____                    _____

_____                    _____

_____                    _____