IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIFFANI M. SHAFFER, | ) |
| | ) |
| | ) 2:19-CV-01481-CCW |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CRANBERRY TOWNSHIP, | ) |
| | ) |
| Defendant. | ) |

## ORDER ON VOIR DIRE

IT IS HEREBY ORDERED that in accordance with Local Rule of Civil Procedure 47, regarding voir dire of jurors, and upon consideration of (1) Plaintiff's submission of proposed supplemental voir dire, ECF No. 71, and (2) Defendant's submission of proposed supplemental voir dire, ECF No. 79, in addition to the juror questionnaire attached as an exhibit to this Order, the following questions will be asked of the jury panel during voir dire:

1. The Plaintiff in this case is Tiffani Shaffer. Does anyone know Ms. Shaffer?

2. The attorneys for Ms. Shaffer are Christine Elzer, Mark Johnson, and Tamra Van Hausen of the Elzer Law Firm LLC. Does anyone know Ms. Elzer, Mr. Johnson, or Ms. Van Hausen? Have any of these attorneys or their law firm ever represented you or any members of your immediate family?

3. The Defendant in this case is Cranberry Township. Have any of you or any member of your immediate family ever resided or owned property in Cranberry Township?

4. The attorneys for Cranberry Township are Teresa Sirianni and Estelle McGrath of the law firm Marshall, Dennehey, Warner, Coleman & Goggin. Does anyone know Ms. Sirianni or Ms. McGrath? Have Ms. Sirianni or Ms. McGrath or their law firm ever represented you or any members of your immediate family?

5. There are a number of witnesses who will or may be called in this case. I will list each potential witness, and if you know of or have knowledge of that person, please stand.
    a. Police Chief Kevin Meyer

      b. Stacy Goettler
      c. Officer Mark Shields
      d. Paul Shaffer
      e. Sergeant Charles "Chuck" Mascellino
      f. Officer Robert Capezio
      g. Dr. Maria Udrea
      h. Rhonda Evanson
      i. Jeffrey Kobistek
      j. William Roberts
      k. Sergeant William Ahlgren
      l. Officer Mike Weleski

6. Do you know anything about this case?

7. We expect this trial to run from today, June 27, 2022, through this Friday, July 1, 2022. You will be expected to be present in the court from 8:45 a.m. until 5:00 p.m. during that time. Is there any reason that this would be a significant hardship on you?

8. Have you or any member of your immediate family ever been employed by Cranberry Township?

9. Have you or any member of your immediate family ever requested an accommodation from an employer because of pregnancy or disability?

10. Do you hold an opinion, either pro or con, concerning federal or state anti-discrimination laws, including laws against pregnancy discrimination, that would preclude you from being a fair and impartial juror?

11. Have you or any member of your immediate family ever been accused of discriminating or retaliating against another person, or been discriminated or retaliated against?

12. Do you hold an opinion for or against police officers that would prevent you from being a fair and impartial juror?

13. Do you hold an opinion about pregnant women in the workplace that would prevent you from being a fair and impartial juror?

14. Do you know of any other reason why you could not render a fair and impartial verdict in this case based solely on the evidence presented in this Courtroom and the law as instructed by the Court?

DATED this 15th day of June, 2022.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record