UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

### **JUROR QUESTIONNAIRE**

1. My juror number is _____.

2. I am _____ years old.

3. I live in _____ *(city / town / municipality)* in _____ County.

4. I have lived there for _____ years.

5. I have completed _____ years of high school and _____ years of college.

   *If applicable*: I have _____

   *(any other degrees, training or certifications).*

6. I work for _____ (employer) as a _____ (job).

   ***OR***

   I am retired / not employed and most recently worked for _____ (employer) as a _____ (job).

7. I am married  /  not married.  *If applicable*:  My spouse works for _____ (employer) as a _____ (job).

   ***OR***

   My spouse is retired  /  not employed and most recently worked for _____ (employer) as a _____ (job).

8. I have _____ (number of) children.

a. *If applicable*:  My adult children work for …

    i.   _____ (employer)  as a _____ (job).

    ii.  _____ (employer)  as a _____ (job).

    iii. _____ (employer)  as a _____ (job).

    iv. _____ (employer)  as a _____ (job).

9.  I own / rent my home.

10. I drive / do not drive a car.

11. I have / have not been a party to a lawsuit. *(If so, please generally explain the nature of the lawsuit, i.e., personal injury, divorce, etc.).*

_____

_____

12. I have / have not served on a jury before.

a. *If so*: I served on a jury for a civil / criminal trial in federal / state court.

_____

_____