IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIFFANI M. SHAFFER, | ) |
| Plaintiff, | ) 2:19-CV-01481-CCW |
| vs. | ) |
| CRANBERRY TOWNSHIP, | ) |
| Defendant. | ) |

**MINUTE ENTRY**
**JUNE 21, 2022 FINAL PRETRIAL CONFERENCE**
Before Judge Christy Criswell Wiegand

Appearing for Plaintiff:

Christine Elzer, Esq.
Mark A. Johnson, Esq.
Tamra Van Hausen, Esq.

Appearing for Defendant:

Teresa Sirianni, Esq.
Estelle K. McGrath, Esq.

| | | | |
|---|---|---|---|
| Conference Began: | 10:00 a.m. | | |
| Conference Adjourned: | 10:46 a.m. | Stenographer: | Amanda Williamson |
| Conference Resumed: | 1:11 p.m. | Clerk: | Hugh McKeegan |
| Conference Concluded: | 1:15 p.m. | | |

**SUMMARY OF PROCEEDINGS:**

The Court held a final pretrial conference in the above captioned matter. At the conclusion of the pretrial conference, the parties advised the Court that they were close to a resolution of the case. The parties engaged in additional discussions with one another, and then requested Court assistance. With consent form both sides, the Court facilitated settlement discussions. The parties were successful in reaching a resolution. The Court then reconvened and the parties confirmed the settlement on the record.

The trial that is set to commence on 6/27/2022 will be cancelled in light of the case resolution.

An appropriate order will follow.

cc (via ECF email notification):

All Counsel of Record