IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIFFANI M. SHAFFER, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No: 19-1481 |
| | ) | |
| v. | ) | US District Judge Christy Criswell Wiegand |
| | ) | |
| CRANBERRY TOWNSHIP, | ) | **ELECTRONICALLY FILED** |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

The parties accomplished securing an executed General Release and are awaiting receipt of the settlement drafts. Upon receipt of the settlement drafts, the parties will proceed with filing a Stipulation of Dismissal with prejudice.

Respectfully submitted,

| | |
|---|---|
| **ELZER LAW FIRM, LLC** | **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN** |
| | |
| *s/ Christine T. Elzer* | *s/ Estelle K. McGrath* |
| Christine T. Elzer, Esquire | Estelle K. McGrath, Esquire |
| PA ID #208157 | PA ID #87799 |
| 100 First Avenue, Suite 1010 | Teresa O. Sirianni, Esquire |
| Pittsburgh, PA 15222 | PA ID #90472 |
| (412) 230-8436 | Union Trust Building, Suite 700 |
| (412) 206-0855 (fax) | 501 Grant Street |
| celzer@elzerlaw.com | Pittsburgh, PA 15219 |
| **Attorney for Plaintiff** | (412) 803-1140 |
| | (412) 803-1188/fax |
| | EKMcgrath@mdwg.com |
| | TOSirianni@mdwcg.com |
| | **Counsel for Defendant** |