**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TIFFANI M. SHAFFER, | Civil Action |
| Plaintiff, | No. 19-1481 |
| v. | Judge Wiegand |
| CRANBERRY TOWNSHIP, | |
| Defendant. | JURY TRIAL DEMANDED |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, by undersigned counsel, stipulate to the dismissal of this action, with prejudice, each party to pay its own costs and fees.

Respectfully submitted,

| **MARSHALL DENNEHEY** | **ELZER LAW FIRM, LLC** |
|---|---|
| **WARNER COLEMAN & GOGGIN** | |
| | |
| /s/ Teresa O. Sirianni | /s/ Christine T. Elzer |
| Teresa O. Sirianni | Christine T. Elzer |
| PA ID #90472 | Pa. ID No. 208157 |
| Union Trust Building, Suite 700 | 100 First Avenue |
| 501 Grant Street | Suite 1010 |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15222 |
| (412) 803-1140 | (412) 230-8436 |
| (412) 803-1188/fax | (412) 206-0855 (fax) |
| TOSirianni@mdwcg.com | celzer@elzerlaw.com |
| | |
| Attorney for Defendant | Attorney for Plaintiff |